# CRIMINAL COVERSHEET

| | |
|---|---|
| **DEFENDANT'S NAME:** PAVEL BABICHENKO | **JUVENILE:** |
| **DEFENSE ATTORNEY:** | |
| Address: | **PUBLIC or SEALED:** Public |
| | **SERVICE TYPE:** Notice |
| | (Summons or Warrant or Notice (if Superseding)) |
| Telephone No.: | **ISSUE:** |
| **INVESTIGATIVE AGENT:** Christopher Sheehan, Special Agent, FBI | **INTERPRETER:** |
| Telephone No.: | If YES, language: |
| AGENCY: | |
| **CASE INFORMATION:** Conspiracy to Traffic in Counterfeit Goods; Wire Fraud; Mail Fraud; Money Laundering Conspiracy. | **RELATED COMPLAINT:** **CASE NUMBER:** 1:18-cr-00258-BLW |

## CRIMINAL CHARGING INFORMATION

**CHARGING DOCUMENT:** Superseding Indictment
**Felony:** Yes
**Class A Misdemeanor:**
**Class B or C Misdemeanor:** (Petty Offense)
**County of Offense:** Ada County
**Estimated Trial Time:** Fifteen Days

| STATUTE (Title and Section(s)) | COUNT/ FORFEITURE ALLEGATION | BRIEF DESCRIPTION | PENALTIES (Include Supervised Release and Special Assessment) |
|---|---|---|---|
| 18 U.S.C. § 1349 18 U.S.C. § 1343 | ONE | Conspiracy to Commit Wire Fraud | Up to 20 years imprisonment; up to $250,000 fine; up to five years supervised release; $100 special assessment |
| 18 U.S.C. § 2320 | TWENTY | Conspiracy to Traffic in Counterfeit Goods | Up to 10 years imprisonment; up to a $5,000,000 fine; up to 3 years Supervised Release; $100 Special Assessment |
| 18 U.S.C. § 2320 | TWENTY-ONE TWENTY-TWO TWENTY-THREE | Trafficking in Counterfeit Goods | Up to 10 years imprisonment; up to a $5,000,000 fine; up to 3 years Supervised Release; $100 Special Assessment |

**U.S. COURTS**

MAY 15 2019

Rcvd_____Filed_____Time_____
STEPHEN W. KENYON
CLERK, DISTRICT OF IDAHO

| | | | |
|---|---|---|---|
| 18 U.S.C. § 1956(h) | THIRTY-FIVE | Money Laundering Conspiracy | Up to 20 years imprisonment; up to a $500,000 fine or twice the value of the property involved in transaction; up to 5 years supervised release; $100 special assessment. |
| 18 U.S.C. § 1956(a)(1)(B)(i) | THIRTY-SIX THIRTY-NINE FORTY-FOUR FORTY-FIVE | Money Laundering | Up to 20 years imprisonment; up to a $500,000 fine or twice the value of the property involved in transaction; up to 5 years supervised release; $100 special assessment. |
| 18 U.S.C. § 2323 21 U.S.C. § 853 28 U.S.C. § 2461(c) | FORFEITURE | Trafficking in Counterfeit Devices | Forfeiture of listed property |
| 18 U.S.C. § 981(a)(1)(C) 18 U.S.C. § 982(a)(1) 28 U.S.C. § 2461(c) | FORFEITURE | Money Laundering Forfeiture | Forfeiture of listed property |
| 18 U.S.C. § 981(a)(1)(C) 28 U.S.C. § 2461(c) | FORFEITURE | Mail and Wire Fraud Forfeiture | Forfeiture of listed property |
| 18 U.S.C. § 984 | FORFEITURE | Fungible Property Forfeiture | Forfeiture of listed property |

Date: 05/14/19

Assistant U.S. Attorney: Katherine Horwitz
Telephone No.: 208-334-1211

# CRIMINAL COVERSHEET

| | |
|---|---|
| **DEFENDANT'S NAME:** GENNADY BABITCHENKO | **JUVENILE:** |
| **DEFENSE ATTORNEY:** | |
| Address: | **PUBLIC or SEALED:** Public |
| | **SERVICE TYPE:** Notice |
| | (Summons or Warrant or Notice (if Superseding)) |
| Telephone No.: | **U.S. COURTS ISSUE:** |
| | **MAY 15 2019** |
| | Rcvd_____ Filed_____ Time_____ |
| **INVESTIGATIVE AGENT:** Christopher Sheehan, Special Agent, FBI | **INTERPRETER:** STEPHEN W. KENYON CLERK, DISTRICT OF IDAHO |
| Telephone No.: | If YES, language: |
| AGENCY: | |
| **CASE INFORMATION:** Conspiracy to Traffic in Counterfeit Goods; Money Laundering Conspiracy. | **RELATED COMPLAINT:** CASE NUMBER: 1:18-cr-00258-BLW |

# CRIMINAL CHARGING INFORMATION

**CHARGING DOCUMENT:** Superseding Indictment
**Felony:** Yes     **County of Offense:** Ada County
**Class A Misdemeanor:**     **Estimated Trial Time:** Fifteen days
**Class B or C Misdemeanor:** (Petty Offense)

| STATUTE (Title and Section(s)) | COUNT/ FORFEITURE ALLEGATION | BRIEF DESCRIPTION | PENALTIES (Include Supervised Release and Special Assessment) |
|---|---|---|---|
| 18 U.S.C. § 1349 | ONE | Conspiracy to Commit Wire Fraud | Up to 20 years imprisonment; up to $250,000 fine; up to five years supervised release; $100 special assessment |
| 18 U.S.C. § 2320(a), (b)(1), (f)(1) | TWENTY | Conspiracy to Traffic in Counterfeit Goods | Up to 10 years imprisonment; up to a $5,000,000 fine; up to 3 years Supervised Release; $100 Special Assessment |
| 18 U.S.C. § 1956(h) | THIRTY-FIVE | Money Laundering Conspiracy | Up to 20 years imprisonment; up to a $500,000 fine or twice the value of the property involved in transaction; up to five years supervised release; $100 special assessment. |

| | | | |
|---|---|---|---|
| 18 U.S.C. § 1956(a)(1)(B)(i)<br>18 U.S.C. § 2 | THIRTY-EIGHT<br>FORTY-THREE<br>FORTY-SIX | Money Laundering | Up to 20 years imprisonment; up to a $500,000 fine or twice the value of the property involved in transaction; up to five years supervised release; $100 special assessment. |
| 18 U.S.C. § 2323<br>21 U.S.C. § 853<br>28 U.S.C. § 2461(c) | FORFEITURE | Trafficking in Counterfeit Devices | Forfeiture of listed property |
| 18 U.S.C. § 981(a)(1)(C)<br>18 U.S.C. § 982(a)(1)<br>28 U.S.C. § 2461(c) | FORFEITURE | Money Laundering Forfeiture | Forfeiture of listed property |
| 18 U.S.C. § 981(a)(1)(C)<br>28 U.S.C. § 2461(c) | FORFEITURE | Mail and Wire Fraud Forfeiture | Forfeiture of listed property |
| 18 U.S.C. § 984 | FORFEITURE | Fungible Property Forfeiture | Forfeiture of listed property |

Date: 05/14/19

Assistant U.S. Attorney: __Katherine Horwitz__ /s/
Telephone No.: 208-334-1211

# CRIMINAL COVERSHEET

| | |
|---|---|
| DEFENDANT'S NAME: PIOTR BABICHENKO | JUVENILE: |
| DEFENSE ATTORNEY: | |
| Address: | PUBLIC or SEALED: Public |
| | SERVICE TYPE: Notice |
| | (Summons or Warrant or Notice (if Superseding)) |
| Telephone No.: | ISSUE: |
| INVESTIGATIVE AGENT: Christopher Sheehan, Special Agent, FBI | INTERPRETER: |
| Telephone No.: | If YES, language |
| AGENCY: | |
| CASE INFORMATION: Conspiracy to Traffic in Counterfeit Goods; Wire Fraud; Mail Fraud; Money Laundering Conspiracy. | RELATED COMPLAINT: CASE NUMBER: |

U.S. COURTS
MAY 15 2019
Rcvd_____Filed_____Time_____
STEPHEN W. KENYON
CLERK, DISTRICT OF IDAHO

# CRIMINAL CHARGING INFORMATION

CHARGING DOCUMENT: **Superseding Indictment**

| | | |
|---|---|---|
| Felony: **Yes** | County of Offense: **Ada County** | |
| Class A Misdemeanor: | Estimated Trial Time: **Fifteen days** | |
| Class B or C Misdemeanor: (Petty Offense) | | |

| STATUTE (Title and Section(s)) | COUNT/ FORFEITURE ALLEGATION | BRIEF DESCRIPTION | PENALTIES (Include Supervised Release and Special Assessment) |
|---|---|---|---|
| 18 U.S.C. § 1349 | ONE | Conspiracy to Commit Wire Fraud | Up to 20 years imprisonment; up to $250,000 fine; up to five years supervised release; $100 special assessment |
| 18 U.S.C. § 1343 | TEN | Wire Fraud | Up to 20 years imprisonment; up to $250,000 fine; up to five years supervised release; $100 special assessment |
| 18 U.S.C. § 1341 | NINETEEN | Mail Fraud | Up to 20 years imprisonment; $250,000 fine; up to five years supervised release; $100 special assessment |
| 18 U.S.C. § 2320(a), (b)(1), (f)(1) | TWENTY | Conspiracy to Traffic in Counterfeit Goods | Up to 10 years imprisonment; up to a $5,000,000 fine; up to 3 years Supervised Release; $100 Special Assessment |

| | | | |
|---|---|---|---|
| 18 U.S.C. § 2320(a), (b)(1) | TWENTY-SEVEN THIRTY-FOUR | Trafficking in Counterfeit Goods | Up to 10 years imprisonment; up to a $5,000,000 fine; up to 3 years Supervised Release; $100 Special Assessment |
| 18 U.S.C. § 1956(h) | THIRTY-FIVE | Money Laundering Conspiracy | Up to 20 years imprisonment; up to a $500,000 fine or twice the value of the property involved in transaction; up to five years supervised release; $100 special assessment. |
| 18 U.S.C. § 1956(a)(1)(B)(i) | FORTY-SEVEN | Money Laundering | Up to 20 years imprisonment; up to a $500,000 fine or twice the value of the property involved in transaction; up to five years supervised release; $100 special assessment. |
| 18 U.S.C. § 2323 21 U.S.C. § 853 28 U.S.C. § 2461(c) | FORFEITURE | Trafficking in Counterfeit Devices | Forfeiture of listed property |
| 18 U.S.C. § 981(a)(1)(C) 18 U.S.C. § 982(a)(1) 28 U.S.C. § 2461(c) | FORFEITURE | Money Laundering Forfeiture | Forfeiture of listed property |
| 18 U.S.C. § 981(a)(1)(C) 28 U.S.C. § 2461(c) | FORFEITURE | Mail and Wire Fraud Forfeiture | Forfeiture of listed property |
| 18 U.S.C. § 984 | FORFEITURE | Fungible Property Forfeiture | Forfeiture of listed property |

Date: 05\14\19

Assistant U.S. Attorney: Katherine Horwitz
Telephone No.: 208-334-1211

# CRIMINAL COVERSHEET

| | |
|---|---|
| **DEFENDANT'S NAME:** TIMOFEY BABICHENKO | **JUVENILE:** |
| **DEFENSE ATTORNEY:** | |
| Address: | **PUBLIC or SEALED:** Public |
| | **SERVICE TYPE:** Notice |
| | (Summons or Warrant or Notice (if Superseding)) |
| Telephone No.: | **ISSUE:** |
| | MAY 15 2019 |
| | Rcvd_____ Filed_____ Time_____ |
| **INVESTIGATIVE AGENT:** Christopher Sheehan, Special Agent, FBI | **INTERPRETER:** STEPHEN W. KENYON, CLERK, DISTRICT OF IDAHO |
| Telephone No.: | If YES, language: |
| AGENCY: | |
| **CASE INFORMATION:** Conspiracy to Traffic in Counterfeit Goods; Wire Fraud; Mail Fraud; Money Laundering Conspiracy. | **RELATED COMPLAINT:** CASE NUMBER: 1:18-cr-000258-BLW |

## CRIMINAL CHARGING INFORMATION

**CHARGING DOCUMENT:** <u>Superseding Indictment</u>

Felony: **Yes**  County of Offense: **Ada County**
Class A Misdemeanor: _____  Estimated Trial Time: **Fifteen days**
Class B or C Misdemeanor: _____
(Petty Offense)

| STATUTE (Title and Section(s)) | COUNT/ FORFEITURE ALLEGATION | BRIEF DESCRIPTION | PENALTIES (Include Supervised Release and Special Assessment) |
|---|---|---|---|
| 18 U.S.C. § 1349 | ONE | Conspiracy to Commit Wire Fraud | Up to 20 years imprisonment; up to $250,000 fine; up to five years supervised release; $100 special assessment |
| 18 U.S.C. § 1343<br>18 U.S.C. § 2 | FOUR<br><br>SIX | Wire Fraud | Up to 20 years imprisonment; up to $250,000 fine; up to five years supervised release; $100 special assessment |
| 18 U.S.C. § 1341 | THIRTEEN<br><br>FIFTEEN | Mail Fraud | Up to 20 years imprisonment; $250,000 fine; up to five years supervised release; $100 special assessment |
| 18 U.S.C. § 2320 | TWENTY | Conspiracy to Traffic in Counterfeit Goods | Up to 10 years imprisonment; up to a $5,000,000 fine; up to 3 years Supervised Release; $100 Special Assessment |

| | | | |
|---|---|---|---|
| 18 U.S.C. § 2320 | TWENTY-FOUR<br><br>THIRTY | Conspiracy to Traffic in Counterfeit Goods | Up to 10 years imprisonment; up to a $5,000,000 fine; up to 3 years Supervised Release; $100 Special Assessment |
| 18 U.S.C. § 1956(h) | THIRTY-FIVE | Money Laundering Conspiracy | Up to 20 years imprisonment; up to a $500,000 fine or twice the value of the property involved in transaction; up to five years supervised release; $100 special assessment. |
| 18 U.S.C. § 1956(a)(1)(B)(i)<br>18 U.S.C. § 2 | THIRTY-SEVEN<br>FORTY<br>FORTY-ONE<br>FORTY-TWO | Money Laundering | Up to 20 years imprisonment; up to a $500,000 fine or twice the value of the property involved in transaction; up to five years supervised release; $100 special assessment. |
| 18 U.S.C. § 2323<br>21 U.S.C. § 853<br>28 U.S.C. § 2461(c) | FORFEITURE | Trafficking in Counterfeit Devices | Forfeiture of listed property |
| 18 U.S.C. § 981(a)(1)(C)<br>18 U.S.C. § 982(a)(1)<br>28 U.S.C. § 2461(c) | FORFEITURE | Money Laundering Forfeiture | Forfeiture of listed property |
| 18 U.S.C. § 981(a)(1)(C)<br>28 U.S.C. § 2461(c) | FORFEITURE | Mail and Wire Fraud Forfeiture | Forfeiture of listed property |
| 18 U.S.C. § 984 | FORFEITURE | Fungible Property Forfeiture | Forfeiture of listed property |

Date: 05/14/19

Assistant U.S. Attorney: Katherine Horwitz

Telephone No.: 208-334-11211

# CRIMINAL COVERSHEET

| | |
|---|---|
| **DEFENDANT'S NAME:** KRISTINA BABICHENKO<br>**DEFENSE ATTORNEY:**<br>Address:<br><br><br>Telephone No.:<br><br>**INVESTIGATIVE AGENT:** Christopher Sheehan, Special Agent, FBI<br>Telephone No.:<br>**AGENCY:** | **JUVENILE:**<br><br>**PUBLIC or SEALED:** PUBLIC<br>**SERVICE TYPE:** Notice<br>(Summons or Warrant or<br>Notice (if Superseding))<br>**ISSUE:**<br><br><br>**INTERPRETER:** No<br>If YES, language: |
| **CASE INFORMATION:**<br>Conspiracy to Traffic in Counterfeit Goods; Wire Fraud; Mail Fraud; Money Laundering Conspiracy; Money Laundering. | **RELATED COMPLAINT:**<br>**CASE NUMBER:** 1:18-cr-00258-BLW<br><br>**U.S. COURTS**<br>MAY 15 2019<br>Rec'd____ Filed____ Time____<br>STEPHEN W. KENYON<br>CLERK, DISTRICT OF IDAHO |

# CRIMINAL CHARGING INFORMATION

**CHARGING DOCUMENT:** <u>Superseding Indictment</u>

| | | |
|---|---|---|
| Felony: **Yes** | County of Offense: **Ada County** | |
| Class A Misdemeanor: | Estimated Trial Time: **Fifteen days** | |
| Class B or C Misdemeanor:<br>(Petty Offense) | | |

| STATUTE (Title and Section(s)) | COUNT/ FORFEITURE ALLEGATION | BRIEF DESCRIPTION | PENALTIES (Include Supervised Release and Special Assessment) |
|---|---|---|---|
| 18 U.S.C. § 1349 | ONE | Conspiracy to Commit Wire Fraud | Up to 20 years imprisonment; up to $250,000 fine; up to five years supervised release; $100 special assessment |
| 18 U.S.C. § 1343 | FOUR | Wire Fraud | Up to 20 years imprisonment; up to $250,000 fine; up to five years supervised release; $100 special assessment |
| 18 U.S.C. § 1341 | THIRTEEN | Mail Fraud | Up to 20 years imprisonment; up to $250,000 fine; up to five years supervised release; $100 special assessment |
| 18 U.S.C. § 2320(a), (b)(1), (f)(1) | TWENTY | Conspiracy to Traffic in Counterfeit Goods | Up to 10 years imprisonment; up to a $5,000,000 fine; up to 3 years Supervised Release; $100 Special Assessment |

| | | | |
|---|---|---|---|
| 18 U.S.C. § 2320(a), (b)(1) | THIRTY | Trafficking in Counterfeit devices | Up to 10 years imprisonment; up to a $5,000,000 fine; up to 3 years Supervised Release; $100 Special Assessment |
| 18 U.S.C. § 1956(h) | THIRTY-FIVE | Money Laundering Conspiracy | Up to 20 years imprisonment; up to a $500,000 fine or twice the value of the property involved in transaction; up to five years supervised release; $100 special assessment. |
| 18 U.S.C. § 1956(a)(1)(B)(i) | THIRTY-SEVEN FORTY-ONE FORTY-TWO | Money Laundering | Up to 20 years imprisonment; up to a $500,000 fine or twice the value of the property involved in transaction; up to five years supervised release; $100 special assessment. |
| 18 U.S.C. § 2323 21 U.S.C. § 853 28 U.S.C. § 2461(c) | FORFEITURE | Trafficking in Counterfeit Devices | Forfeiture of listed property |
| 18 U.S.C. § 981(a)(1)(C) 18 U.S.C. § 982(a)(1) 28 U.S.C. § 2461(c) | FORFEITURE | Money Laundering Forfeiture | Forfeiture of listed property |
| 18 U.S.C. § 981(a)(1)(C) 28 U.S.C. § 2461(c) | FORFEITURE | Mail and Wire Fraud Forfeiture | Forfeiture of listed property |
| 18 U.S.C. § 984 | FORFEITURE | Fungible Property Forfeiture | Forfeiture of listed property |

Date: 05/14/19

Assistant U.S. Attorney: Katherine Horwitz
Telephone No.: 208-334-1211

# CRIMINAL COVERSHEET

| | |
|---|---|
| **DEFENDANT'S NAME:** NATALYA BABICHENKO | **JUVENILE:** |
| **DEFENSE ATTORNEY:** | |
| Address: | **PUBLIC or SEALED:** Public |
| | **SERVICE TYPE:** Notice |
| | (Summons or Warrant or Notice (if Superseding)) |
| Telephone No.: | **ISSUE:** |
| **INVESTIGATIVE AGENT:** Christopher Sheehan, Special Agent, FBI | **INTERPRETER:** |
| Telephone No.: | If YES, language: |
| AGENCY: | |
| **CASE INFORMATION:** Conspiracy to Traffic in Counterfeit Goods; Money Laundering Conspiracy; Money Laundering. | **RELATED COMPLAINT:** CASE NUMBER: 1:18-cr-00258-BLW |

U.S. COURTS

Rcvd____ Filed____ Time____
STEPHEN W. KENYON
CLERK, DISTRICT OF IDAHO
MAY 15 2019

## CRIMINAL CHARGING INFORMATION

| | |
|---|---|
| **CHARGING DOCUMENT:** **Superseding Indictment** | |
| Felony: **Yes** | County of Offense: **Ada County** |
| Class A Misdemeanor: | Estimated Trial Time: **Fifteen days** |
| Class B or C Misdemeanor: (Petty Offense) | |

| STATUTE (Title and Section(s)) | COUNT/ FORFEITURE ALLEGATION | BRIEF DESCRIPTION | PENALTIES (Include Supervised Release and Special Assessment) |
|---|---|---|---|
| 18 U.S.C. § 1349 | ONE | Conspiracy to Commit Wire Fraud | Up to 20 years imprisonment; up to $250,000 fine; up to five years supervised release; $100 special assessment |
| 18 U.S.C. § 2320(a), (b)(1), (f)(1) | TWENTY | Conspiracy to Traffic in Counterfeit Goods | Up to 10 years imprisonment; up to a $5,000,000 fine; up to 3 years Supervised Release; $100 Special Assessment |
| 18 U.S.C. § 1956(h) | THIRTY-FIVE | Money Laundering Conspiracy | Up to 20 years imprisonment; up to a $500,000 fine or twice the value of the property involved in transaction; up to five years supervised release; $100 special assessment. |

| | | | |
|---|---|---|---|
| 18 U.S.C. § 1956(a)(1)(B)(i) | **FORTY-FOUR FORTY-FIVE** | **Money Laundering** | Up to 20 years imprisonment; up to a $500,000 fine or twice the value of the property involved in transaction; up to five years supervised release; $100 special assessment. |
| 18 U.S.C. § 2323<br>21 U.S.C. § 853<br>28 U.S.C. § 2461(c) | **FORFEITURE** | **Trafficking in Counterfeit Devices** | Forfeiture of listed property |
| 18 U.S.C. § 981(a)(1)(C)<br>18 U.S.C. § 982(a)(1)<br>28 U.S.C. § 2461(c) | **FORFEITURE** | **Money Laundering Forfeiture** | Forfeiture of listed property |
| 18 U.S.C. § 981(a)(1)(C)<br>28 U.S.C. § 2461(c) | **FORFEITURE** | **Mail and Wire Fraud Forfeiture** | Forfeiture of listed property |
| 18 U.S.C. § 984 | **FORFEITURE** | **Fungible Property Forfeiture** | Forfeiture of listed property |

Date: 05/14/19

Assistant U.S. Attorney: <u>**Katherine Horwitz**</u>
Telephone No.: <u>208-334-1211</u>

# CRIMINAL COVER SHEET

| | |
|---|---|
| **DEFENDANT'S NAME:** DAVID BIBIKOV | **JUVENILE:** |
| **DEFENSE ATTORNEY:** | |
| Address: | **PUBLIC or SEALED:** Public |
| | **SERVICE TYPE:** Notice |
| | (Summons or Warrant or Notice (if Superseding)) |
| Telephone No.: | **ISSUE:** |
| **INVESTIGATIVE AGENT:** Christopher Sheehan, Special Agent, FBI | **INTERPRETER:** |
| Telephone No.: | If YES, language: |
| AGENCY: | |
| **CASE INFORMATION:** Conspiracy to Traffic in Counterfeit Goods; Wire Fraud; Mail Fraud; Money Laundering Conspiracy. | **RELATED COMPLAINT:** CASE NUMBER: 1:18-cr-00258-BLW |

U.S. COURTS

STEPHEN W. KENYON
CLERK, DISTRICT OF IDAHO

## CRIMINAL CHARGING INFORMATION

| | |
|---|---|
| **CHARGING DOCUMENT:** <u>Superseding Indictment</u> | |
| Felony: <u>Yes</u> | County of Offense: **Ada County** |
| Class A Misdemeanor: | Estimated Trial Time: **Fifteen days** |
| Class B or C Misdemeanor: (Petty Offense) | |

| STATUTE (Title and Section(s)) | COUNT/ FORFEITURE ALLEGATION | BRIEF DESCRIPTION | PENALTIES (Include Supervised Release and Special Assessment) |
|---|---|---|---|
| 18 U.S.C. § 1349 | ONE | Conspiracy to Commit Wire Fraud | Up to 20 years imprisonment; up to $250,000 fine; up to five years supervised release; $100 special assessment |
| 18 U.S.C. § 1343<br>18 U.S.C. § 2 | NINE | Wire Fraud | Up to 20 years imprisonment; up to $250,000 fine; up to five years supervised release; $100 special assessment |
| 18 U.S.C. § 1341 | EIGHTEEN | Mail Fraud | Up to 20 years imprisonment; up to $250,000 fine; up to five years supervised release; $100 special assessment |
| 18 U.S.C. § 2320(a), (b)(1), (f)(1) | TWENTY | Conspiracy to Traffic in Counterfeit Goods | Up to 10 years imprisonment; up to a $5,000,000 fine; up to 3 years Supervised Release; $100 Special Assessment |

| | | | |
|---|---|---|---|
| 18 U.S.C. § 2320(a), (b)(1) | TWENTY-EIGHT<br><br>TWENTY-NINE | Trafficking in Counterfeit devices | Up to 10 years imprisonment; up to a $5,000,000 fine; up to 3 years Supervised Release; $100 Special Assessment |
| 18 U.S.C. § 1956(h) | THIRTY-FIVE | Money Laundering Conspiracy | Up to 20 years imprisonment; up to a $500,000 fine or twice the value of the property involved in transaction; up to five years supervised release; $100 special assessment. |
| 18 U.S.C. § 2323<br>21 U.S.C. § 853<br>28 U.S.C. § 2461(c) | FORFEITURE | Trafficking in Counterfeit Devices | Forfeiture of listed property |
| 18 U.S.C. § 981(a)(1)(C)<br>18 U.S.C. § 982(a)(1)<br>28 U.S.C. § 2461(c) | FORFEITURE | Money Laundering Forfeiture | Forfeiture of listed property |
| 18 U.S.C. § 981(a)(1)(C)<br>28 U.S.C. § 2461(c) | FORFEITURE | Mail and Wire Fraud Forfeiture | Forfeiture of listed property |
| 18 U.S.C. § 984 | FORFEITURE | Fungible Property Forfeiture | Forfeiture of listed property |

Date: 05\14\19   Assistant U.S. Attorney: __Katherine Horwitz__
                 Telephone No.: 208-334-1211

# CRIMINAL COVERSHEET

| | |
|---|---|
| **DEFENDANT'S NAME:** ANNA IYERUSALIMETS | **JUVENILE:** |
| **DEFENSE ATTORNEY:** | |
| Address: | **PUBLIC or SEALED:** Public |
| | **SERVICE TYPE:** Notice |
| | (Summons or Warrant or Notice (if Superseding)) |
| Telephone No.: | **ISSUE:** |
| **INVESTIGATIVE AGENT:** Christopher Sheehan, Special Agent, FBI | **INTERPRETER:** |
| Telephone No.: | If YES, language: |
| AGENCY: | |
| **CASE INFORMATION:** Conspiracy to Traffic in Counterfeit Goods; Wire Fraud; Mail Fraud; Money Laundering Conspiracy. | **RELATED COMPLAINT CASE NUMBER:** |

U.S. COURTS
MAY 15 2019
Rev'd____ Filed____ Time____
STEPHEN W. KENYON
CLERK, DISTRICT OF IDAHO

# CRIMINAL CHARGING INFORMATION

**CHARGING DOCUMENT:** Superseding Indictment

Felony: **Yes**    County of Offense: **Ada County**

Class A Misdemeanor: ___    Estimated Trial Time: **Fifteen days**

Class B or C Misdemeanor: ___
(Petty Offense)

| STATUTE (Title and Section(s)) | COUNT/ FORFEITURE ALLEGATION | BRIEF DESCRIPTION | PENALTIES (Include Supervised Release and Special Assessment) |
|---|---|---|---|
| 18 U.S.C. § 1349 | ONE | Conspiracy to Commit Wire Fraud | Up to 20 years imprisonment; up to $250,000 fine; up to five years supervised release; $100 special assessment |
| 18 U.S.C. § 1343 | THREE | Wire Fraud | Up to 20 years imprisonment; up to $250,000 fine; up to five years supervised release; $100 special assessment |
| 18 U.S.C. § 1341 | TWELVE | Mail Fraud | Up to 20 years imprisonment; $250,000 fine; up to five years supervised release; $100 special assessment |
| 18 U.S.C. § 2320(a), (b)(1), (f)(1) | TWENTY | Conspiracy to Traffic in Counterfeit Goods | Up to 10 years imprisonment; up to a $5,000,000 fine; up to 3 years Supervised Release; $100 Special Assessment |

| | | | |
|---|---|---|---|
| 18 U.S.C. § 2320(a), (b)(1) | TWENTY-FIVE | Trafficking in Counterfeit Goods | Up to 10 years imprisonment; up to a $5,000,000 fine; up to 3 years Supervised Release; $100 Special Assessment |
| 18 U.S.C. § 1956(h) | THIRTY-FIVE | Money Laundering Conspiracy | Up to 20 years imprisonment; up to a $500,000 fine or twice the value of the property involved in transaction; up to five years supervised release; $100 special assessment. |
| 18 U.S.C. § 1956(a)(1)(B)(i) 18 U.S.C. § 2 | FORTY-EIGHT FIFTY-ONE | Money Laundering | Up to 20 years imprisonment; up to a $500,000 fine or twice the value of the property involved in transaction; up to five years supervised release; $100 special assessment. |
| 18 U.S.C. § 2323 21 U.S.C. § 853 28 U.S.C. § 2461(c) | FORFEITURE | Trafficking in Counterfeit Devices | Forfeiture of listed property |
| 18 U.S.C. § 981(a)(1)(C) 18 U.S.C. § 982(a)(1) 28 U.S.C. § 2461(c) | FORFEITURE | Money Laundering Forfeiture | Forfeiture of listed property |
| 18 U.S.C. § 981(a)(1)(C) 28 U.S.C. § 2461(c) | FORFEITURE | Mail and Wire Fraud Forfeiture | Forfeiture of listed property |
| 18 U.S.C. § 984 | FORFEITURE | Fungible Property Forfeiture | Forfeiture of listed property |

Date: 05\14\19            Assistant U.S. Attorney: Katherine Horwitz
                          Telephone No.: 208-334-1211

# CRIMINAL COVERSHEET

| | |
|---|---|
| **DEFENDANT'S NAME:** MIKHAIL IYERUSALIMETS | **JUVENILE:** |
| **DEFENSE ATTORNEY:** | |
| Address: | **PUBLIC or SEALED:** Public |
| | **SERVICE TYPE:** Notice |
| | (Summons or Warrant or Notice (if Superseding)) |
| Telephone No.: | **ISSUE:** |
| **INVESTIGATIVE AGENT:** Christopher Sheehan, Special Agent, FBI | **INTERPRETER:** |
| Telephone No.: | If YES, language: |
| AGENCY: | |
| **CASE INFORMATION:** Conspiracy to Traffic in Counterfeit Goods; Wire Fraud; Mail Fraud; Money Laundering Conspiracy. | **RELATED COMPLAINT:** CASE NUMBER: 1:18-cr-00258-BLW |

U.S. COURTS

Rcvd____ Filed____ Time____
STEPHEN W. KENYON
CLERK, DISTRICT OF IDAHO
MAY 15 2019

# CRIMINAL CHARGING INFORMATION

**CHARGING DOCUMENT:** Superseding Indictment
**Felony:** Yes     **County of Offense:** Ada County
**Class A Misdemeanor:** ____     **Estimated Trial Time:** Fifteen days
**Class B or C Misdemeanor:** ____ (Petty Offense)

| STATUTE (Title and Section(s)) | COUNT/ FORFEITURE ALLEGATION | BRIEF DESCRIPTION | PENALTIES (Include Supervised Release and Special Assessment) |
|---|---|---|---|
| 18 U.S.C. § 1349 | ONE | Wire Fraud Conspiracy | Up to 20 years imprisonment; up to $250,000 fine; up to five years supervised release; $100 special assessment |
| 18 U.S.C. § 1343 18 U.S.C. § 2 | TWO THREE | Wire Fraud | Up to 20 years imprisonment; up to $250,000 fine; up to five years supervised release; $100 special assessment |
| 18 U.S.C. § 1341 | ELEVEN TWELVE | Mail Fraud | Up to 20 years imprisonment; up to $250,000 fine; up to five years supervised release; $100 special assessment |
| 18 U.S.C. § 2320(a), (b)(1), | TWENTY | Conspiracy to Traffic in Counterfeit Goods | Up to 10 years imprisonment; up to a $5,000,000 fine; up to 3 years Supervised Release; $100 Special Assessment |

| | | | |
|---|---|---|---|
| 18 U.S.C. § 2320(a), (b)(1) | TWENTY-FIVE<br>TWENTY-SIX | Trafficking in Counterfeit Goods | Up to 10 years imprisonment; up to a $5,000,000 fine; up to 3 years Supervised Release; $100 Special Assessment |
| 18 U.S.C. § 1956(h) | THIRTY-FIVE | Money Laundering Conspiracy | Up to 20 years imprisonment; up to a $500,000 fine or twice the value of the property involved in transaction; up to five years supervised release; $100 special assessment. |
| 18 U.S.C. § 1956(a)(1)(B)(i)<br>18 U.S.C. § 2 | FORTY-NINE<br>FIFTY<br>FIFTY-ONE | Money Laundering | Up to 20 years imprisonment; up to a $500,000 fine or twice the value of the property involved in transaction; up to five years supervised release; $100 special assessment. |
| 18 U.S.C. § 2323<br>21 U.S.C. § 853<br>28 U.S.C. § 2461(c) | FORFEITURE | Trafficking in Counterfeit Devices | Forfeiture of listed property |
| 18 U.S.C. § 981(a)(1)(C)<br>18 U.S.C. § 982(a)(1)<br>28 U.S.C. § 2461(c) | FORFEITURE | Money Laundering Forfeiture | Forfeiture of listed property |
| 18 U.S.C. § 981(a)(1)(C)<br>28 U.S.C. § 2461(c) | FORFEITURE | Mail and Wire Fraud Forfeiture | Forfeiture of listed property |
| 18 U.S.C. § 984 | FORFEITURE | Fungible Property Forfeiture | Forfeiture of listed property |

Date: 05\14\19

Assistant U.S. Attorney: Katherine Horwitz
Telephone No.: 208-334-1211

# CRIMINAL COVER SHEET

| | |
|---|---|
| DEFENDANT'S NAME: **ARTUR PUPKO** | JUVENILE: |
| DEFENSE ATTORNEY: | |
| Address: | PUBLIC or SEALED: **Public** |
| | SERVICE TYPE: **Notice** |
| | (Summons or Warrant or Notice (if Superseding)) |
| Telephone No.: | ISSUE: |
| INVESTIGATIVE AGENT: Christopher Sheehan, Special Agent, FBI | INTERPRETER: |
| Telephone No.: | If YES, language: |
| AGENCY: | |
| CASE INFORMATION: Conspiracy to Traffic in Counterfeit Goods; Wire Fraud; Mail Fraud; Money Laundering Conspiracy. | RELATED COMPLAINT: CASE NUMBER: |

## CRIMINAL CHARGING INFORMATION

CHARGING DOCUMENT: **Superseding Indictment**

Felony: **Yes**    County of Offense: **Ada County**

Class A Misdemeanor:    Estimated Trial Time: **Fifteen days**

Class B or C Misdemeanor: (Petty Offense)

| STATUTE (Title and Section(s)) | COUNT/ FORFEITURE ALLEGATION | BRIEF DESCRIPTION | PENALTIES (include Supervised Release and Special Assessment) |
|---|---|---|---|
| 18 U.S.C. § 1349 | ONE | Wire Fraud Conspiracy | Up to 20 years imprisonment; up to $250,000 fine; up to five years supervised release; $100 special assessment |
| 18 U.S.C. § 1343 18 U.S.C. § 2 | FIVE SEVEN EIGHT | Wire Fraud | Up to 20 years imprisonment; up to $250,000 fine; up to five years supervised release; $100 special assessment |
| 18 U.S.C. § 1341 | FOURTEEN SIXTEEN SEVENTEEN | Mail Fraud | Up to 20 years imprisonment; up to $250,000 fine; up to five years supervised release; $100 special assessment |
| 18 U.S.C. § 2320(a), (b)(1), (f)(1) | TWENTY | Conspiracy to Traffic in Counterfeit Goods | Up to 10 years imprisonment; up to a $5,000,000 fine; up to 3 years Supervised Release; $100 Special Assessment |

FILED
MAY 15 2019
STEPHEN W. KENYON
CLERK, DISTRICT OF IDAHO

| | | | |
|---|---|---|---|
| 18 U.S.C. § 2320(a), (b)(1) | **THIRTY-ONE THIRTY-TWO THIRTY-THREE** | **Trafficking in Counterfeit Goods** | Up to 10 years imprisonment; up to a $5,000,000 fine; up to 3 years Supervised Release; $100 Special Assessment |
| 18 U.S.C. § 1956(h) | **THIRTY-FIVE** | **Money Laundering Conspiracy** | Up to 20 years imprisonment; up to a $500,000 fine or twice the value of the property involved in transaction; up to five years supervised release; $100 special assessment. |
| 18 U.S.C. § 2323<br>21 U.S.C. § 853<br>28 U.S.C. § 2461(c) | **FORFEITURE** | **Trafficking in Counterfeit Devices** | Forfeiture of listed property |
| 18 U.S.C. § 981(a)(1)(C)<br>18 U.S.C. § 982(a)(1)<br>28 U.S.C. § 2461(c) | **FORFEITURE** | **Money Laundering Forfeiture** | Forfeiture of listed property |
| 18 U.S.C. § 981(a)(1)(C)<br>28 U.S.C. § 2461(c) | **FORFEITURE** | **Mail and Wire Fraud Forfeiture** | Forfeiture of listed property |
| 18 U.S.C. § 984 | **FORFEITURE** | **Fungible Property Forfeiture** | Forfeiture of listed property |

Date: 05/14/19

Assistant U.S. Attorney: <u>Katherine Horwitz</u>
Telephone No.: _____