UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>    v.<br><br>PAVEL BABICHENKO, GENNADY BABICHENKO, PIOTR BABICHENKO, TIMOFEY BABICHENKO, KRISTINA BABICHENKO, NATALIE BABICHENKO, DAVID BIBIKOV, ANNA IYERUSALIMETS, MIKHAIL IYERUSALIMETS, ARTUR PUPKO,<br><br>                    Defendants. | Case No. 1:18-CR-00258-BLW<br><br>**ORDER SETTING NEW TRIAL DATE** |

On July 18, 2019, the Court held a telephonic status conference with counsel for all parties in this matter. During the conference, the Court indicated its intent to adopt a new trial date proposed by Defendants—October 6, 2019.

This Court has previously found that this case is sufficiently complex such that the Speedy Trial Act's typical seventy-day clock does not apply. (Dkt. 157.) Trial is currently set for July 29, 2019. (Dkt. 162.) Although the Speedy Trial Act's time restrictions do not apply, the Court intends to continue to move this case swiftly to trial. Consistent with that

**ORDER SETTING NEW TRIAL DATE – 1**

decision, the Court has continued to apply 18 U.S.C. § 3161(h)(7)(B)(iv)'s excludable time inquiry. (Dkt. 159.)

Accordingly, considering the need to balance of the speedy trial mandate and the need for defendants to have adequate time to prepare a defense, and considering also the discussions and agreement reached during the July 18, 2019 conference, the Court will reset the trial to begin **October 5, 2020 at 1:30 p.m.** at the United States Courthouse in Boise, Idaho.

**IT IS SO ORDERED**.

DATED: **July 19, 2019**

B. Lynn Winmill
United States District Judge

**ORDER SETTING NEW TRIAL DATE – 2**