# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF IDAHO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR-18-00258-BLW |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | DEFENDANTS' PROPOSED |
| PAUL BABICHENKO, | ) | SPECIAL VERDICT FORM |
| GENNADY BABITCHENKO, | ) | |
| PETER BABICHENKO, | ) | |
| TIM BABICHENKO, | ) | |
| KRISTINA BABICHENKO, | ) | |
| NATALIE BABICHENKO, | ) | |
| DAVID BIBIKOV, | ) | |
| ANNA IYERUSALIMETS, | ) | |
| MICHAEL IYERUSALIMETS, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

The Defendants submit the following Proposed Special Verdict Form. The

Defendants reserve the right to supplement the Verdict Forms as may become necessary.


DATED this 26th day of April, 2021.


s/ Barry Flegenheimer
s/ John Defranco
Attorneys for Paul Babichenko

CERTIFICATE OF SERVICE

I hereby certify that on this 26th day of April, 2021, I filed the foregoing electronically through the CM/ECF system, which caused the parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

Katherine L. Horwitz
Christian S. Nafzger
Assistant United States Attorneys
Office of the United States Attorney
1290 West Myrtle Street, Suite 500
Boise, ID 83702
Kate.Horwitz@usdoj.gov
Christian.Nafzger@usdoj.gov

Tim Flowers
U.S. Department of Justice
Criminal Division
1301 New York Ave. NW, Suite 600
Washington, D.C. 20530
Timothy.Flowers2@usdoj.gov

John DeFranco
1031 E. Park Blvd.
Boise, ID 83712
jcd@greyhawklaw.com
Barry Flegenheimer
119 First Ave. S., Suite 500
Seattle, WA 98155
barrylfp@gmail.com
*Attorneys for Pavel Babichenko*

Paul E. Riggins
380 South 4th Street, Ste. 104
Boise, ID 83702
rigginslaw@gmail.com
Andrew Masser
2399 S. Orchard St., Suite 204
Boise, ID 83705
andrew@baldaufmasser.com
*Attorneys for Piotr Babichenko*

Rob S. Lewis
913 W. River Street, Ste. 430
Boise, ID 83702
office@roblewislaw.com
*Attorney for Timofey Babichenko*

Greg S. Silvey
P.O. Box 5501
Boise, ID 83705
greg@idahoappeals.com
*Attorney for Kristina Babichenko*

J.D. Merris
913 W. River Street, Ste. 420
Boise, ID 83702
jmerris@earthlink.net
*Attorney for Natalya Babichenko*

Robyn A. Fyffe
P.O. Box 5681
Boise, ID 83705
robyn@fyffelaw.com
*Attorney for David Bibikov*

Melissa Winberg
Nicole Owens
702 W. Idaho Street, Ste. 1000
Boise, ID 83702
melissa_winberg@fd.org
nicole_owens@fd.org
*Attorneys for Anna Iyerusalimets*

Ellen Nichole Smith
P.O. Box 140857
Garden City, ID 83714
ellen@smithhorras.com
*Attorney for Mikhail Iyerusalimets*

/s/ John Defranco

We, the jury, after due deliberation and consideration of all the evidence, hereby make the following findings:

## PAUL BABICHENKO

A. **Conspiracy to Commit Wire Fraud, 18 U.S.C. §§1349, 1343**

_____        Not Guilty

_____        Guilty

B. **Conspiracy to Traffic in Counterfeit Goods, 18 U.S.C. § 2320(a), (b)(1), (f)(1)**

Please indicate your unanimous findings as to whether the government proved the elements of conspiracy to traffic counterfeit goods beyond a reasonable doubt:

_____        No

_____        Yes

If you found that the government proved the elements beyond a reasonable doubt, please indicate your unanimous findings as to whether the following defenses were established by a preponderance of the evidence:

Laches:        Yes _____        No _____

Estoppel:        Yes _____        No _____

If you found that either defense was proven by a preponderance of the evidence, you must return a not guilty verdict. You may only return a guilty verdict if you find that the government proved all elements beyond a reasonable doubt

and neither defense was proven by a preponderance of the evidence. Please indicate your unanimous findings:

_____          Not Guilty

_____          Guilty

C. **Trafficking in Counterfeit Goods, 18 U.S.C. § 2320(a), (b)(1)**

    1. **October 26, 2016:**

Please indicate your unanimous findings as to whether the government proved the elements of trafficking in counterfeit goods beyond a reasonable doubt:

_____          No

_____          Yes

If you found that the government proved the elements beyond a reasonable doubt, please indicate your unanimous findings as to whether the following defenses were established by a preponderance of the evidence:

    Laches:    Yes _____    No _____

    Estoppel:    Yes _____    No _____

If you found that either defense was proven by a preponderance of the evidence, you must return a not guilty verdict. You may only return a guilty verdict if you find that the government proved all elements beyond a reasonable doubt and neither defense was proven by a preponderance of the evidence. Please indicate your unanimous findings:

_____ Not Guilty

_____ Guilty

If you find the defendant guilty of trafficking in counterfeit goods on or about October 26, 2016, please indicate your unanimous findings with respect to the counterfeit goods trafficked:

_____ Apple iPhone 4S

_____ Apple iPhone 6S

If you find the defendant guilty of trafficking in counterfeit goods on or about October 26, 2016, please indicate your unanimous findings with respect to the trademark violated:

_____ U.S. Trademark Registration 2,715,518

_____ U.S. Trademark Registration 3,229,791

_____ U.S. Trademark Registration 3,679,056

_____ U.S. Trademark Registration 3,669,402

_____ U.S. Trademark Registration 3,928,818

**2. October 26, 2016:**

Please indicate your unanimous findings as to whether the government proved the elements of trafficking in counterfeit goods beyond a reasonable doubt:

_____     No

_____     Yes

If you found that the government proved the elements beyond a reasonable doubt, please indicate your unanimous findings as to whether the following defenses were established by a preponderance of the evidence:

Laches:     Yes _____     No _____

Estoppel:     Yes _____     No _____

If you found that either defense was proven by a preponderance of the evidence, you must return a not guilty verdict. You may only return a guilty verdict if you find that the government proved all elements beyond a reasonable doubt and neither defense was proven by a preponderance of the evidence. Please indicate your unanimous findings:

_____     Not Guilty

_____     Guilty

If you find the defendant guilty of trafficking in counterfeit goods on or about October 26, 2016, please indicate your unanimous findings with respect to the counterfeit goods trafficked:

_____        Samsung S3 batteries

_____        Samsung Note 4 batteries

_____        Samsung S4 batteries

_____        Samsung S5 batteries

_____        Samsung phone chargers

If you find the defendant guilty of trafficking in counterfeit goods on or about October 26, 2016, please indicate your unanimous findings with respect to the trademark violated:

_____        U.S. Trademark Registration 2,882,774

_____        U.S. Trademark Registration 2,929,519

_____        U.S. Trademark Registration 2,929,523

_____        U.S. Trademark Registration 3,905,843

_____        U.S. Trademark Registration 4,792,754

### 3. January 5, 2017: Apple iPhone 5S

Please indicate your unanimous findings as to whether the government proved the elements of trafficking in counterfeit goods beyond a reasonable doubt:

_____        No

_____        Yes

If you found that the government proved the elements beyond a reasonable doubt, please indicate your unanimous findings as to whether the following defenses were established by a preponderance of the evidence:

Laches:         Yes _____        No _____

Estoppel:      Yes _____        No _____

If you found that either defense was proven by a preponderance of the evidence, you must return a not guilty verdict. You may only return a guilty verdict if you find that the government proved all elements beyond a reasonable doubt and neither defense was proven by a preponderance of the evidence. Please indicate your unanimous findings:

_____         Not Guilty

_____         Guilty

If you find the defendant guilty of trafficking in counterfeit goods on or about January 5, 2017, please indicate your unanimous findings with respect to the trademark violated:

_____         U.S. Trademark Registration 2,715,518

_____         U.S. Trademark Registration 3,229,791

_____         U.S. Trademark Registration 3,679,056

_____         U.S. Trademark Registration 3,669,402

_____         U.S. Trademark Registration 3,928,818

### D. Conspiracy to Launder Money, 18 U.S.C. § 1956(h)

_____ Not Guilty

_____ Guilty

If you find the defendant guilty of conspiracy to launder money, please indicate your unanimous findings with respect to the object of the conspiracy:

_____ Conduct financial transactions involving proceeds of a specified unlawful activity that were designed to conceal and disguise the nature and source of the proceeds

_____ Transport, transmit, and transfer funds to or from places outside the United States with the design to conceal or disguise the nature and source of the proceeds

### E. Money Laundering, 18 U.S.C. § 1956 (a)(1)(B)(i)

#### 1. March 25, 2014: $105,000 check

_____ Not Guilty

_____ Guilty

#### 2. August 6, 2014: $9,900 deposit; $7,000 Western Union wire

_____ Not Guilty

_____ Guilty

**3.  July 14, 2017: $36,000 check**

     _____        Not Guilty

     _____        Guilty

**4.  April 25, 2015: $16,000 check**

     _____        Not Guilty

     _____        Guilty

## GENNADY BABITCHENKO

A. **Conspiracy to Commit Wire Fraud, 18 U.S.C. §§1349, 1343**

_____     Not Guilty

_____     Guilty

B. **Conspiracy to Traffic in Counterfeit Goods, 18 U.S.C. § 2320(a), (b)(1), (f)(1)**

Please indicate your unanimous findings as to whether the government proved the elements of conspiracy to traffic counterfeit goods beyond a reasonable doubt:

_____     No

_____     Yes

If you found that the government proved the elements beyond a reasonable doubt, please indicate your unanimous findings as to whether the following defenses were established by a preponderance of the evidence:

Laches:      Yes _____      No _____

Estoppel:     Yes _____      No _____

If you found that either defense was proven by a preponderance of the evidence, you must return a not guilty verdict. You may only return a guilty verdict if you find that the government proved all elements beyond a reasonable doubt and neither defense was proven by a preponderance of the evidence. Please indicate your unanimous findings:

_____  Not Guilty

_____  Guilty

C. **Conspiracy to Launder Money, 18 U.S.C. § 1956(h)**

_____  Not Guilty

_____  Guilty

If you find the defendant guilty of conspiracy to launder money, please indicate your unanimous findings with respect to the object of the conspiracy:

_____  Conduct financial transactions involving proceeds of a specified unlawful activity that were designed to conceal and disguise the nature and source of the proceeds

_____  Transport, transmit, and transfer funds to or from places outside the United States with the design to conceal or disguise the nature and source of the proceeds

**D. Money Laundering, 18 U.S.C. § 1956(a)(1)(B)(i)**

  **1. July 1, 2014: $100,000 wire**

    _____      Not Guilty

    _____      Guilty

  **2. July 13, 2016: $100,000 wire**

    _____      Not Guilty

    _____      Guilty

  **3. April 11, 2014: $40,000 check**

    _____      Not Guilty

    _____      Guilty

## PETER BABICHENKO

**A. Conspiracy to Commit Wire Fraud, 18 U.S.C. §§1349, 1343**

_____    Not Guilty

_____    Guilty

**B. Wire Fraud, 18 U.S.C. § 1343, December 12, 2017, Samsung Phone**

_____    Not Guilty

_____    Guilty

**C. Mail Fraud, 18 U.S.C. § 1341, December 12, 2017, Samsung Phone**

_____    Not Guilty

_____    Guilty

**D. Conspiracy to Traffic in Counterfeit Goods, 18 U.S.C. § 2320(a), (b)(1), (f)(1)**

Please indicate your unanimous findings as to whether the government proved the elements of conspiracy to traffic counterfeit goods beyond a reasonable doubt:

_____    No

_____    Yes

If you found that the government proved the elements beyond a reasonable doubt, please indicate your unanimous findings as to whether the following defenses were established by a preponderance of the evidence:

Laches:     Yes _____     No _____

Estoppel:   Yes _____     No _____

If you found that either defense was proven by a preponderance of the evidence, you must return a not guilty verdict. You may only return a guilty verdict if you find that the government proved all elements beyond a reasonable doubt and neither defense was proven by a preponderance of the evidence. Please indicate your unanimous findings:

_____     Not Guilty

_____     Guilty

## Trafficking in Counterfeit Goods, 18 U.S.C. § 2320(a), (b)(1)

### 1.  December 12, 2017: Samsung Galaxy S4 Phone

Please indicate your unanimous findings as to whether the government proved the elements of trafficking in counterfeit goods beyond a reasonable doubt:

_____     No

_____     Yes

If you found that the government proved the elements beyond a reasonable doubt, please indicate your unanimous findings as to whether the following defenses were established by a preponderance of the evidence:

Laches:          Yes _____          No _____

Estoppel:       Yes _____          No _____

If you found that either defense was proven by a preponderance of the evidence, you must return a not guilty verdict. You may only return a guilty verdict if you find that the government proved all elements beyond a reasonable doubt and neither defense was proven by a preponderance of the evidence. Please indicate your unanimous findings:

          _____          Not Guilty

          _____          Guilty

If you find the defendant guilty of trafficking in counterfeit goods on or about December 12, 2017, please indicate your unanimous findings with respect to the trademark violated:

          _____          U.S. Trademark Registration 2,882,774

          _____          U.S. Trademark Registration 2,929,523

          _____          U.S. Trademark Registration 2,929,519

          _____          U.S. Trademark Registration 4,792,754

          _____          U.S. Trademark Registration 3,905,843

## 2. January 15, 2018: Samsung charger

Please indicate your unanimous findings as to whether the government proved the elements of trafficking in counterfeit goods beyond a reasonable doubt:

_____ No

_____ Yes

If you found that the government proved the elements beyond a reasonable doubt, please indicate your unanimous findings as to whether the following defenses were established by a preponderance of the evidence:

Laches: Yes _____ No _____

Estoppel: Yes _____ No _____

If you found that either defense was proven by a preponderance of the evidence, you must return a not guilty verdict. You may only return a guilty verdict if you find that the government proved all elements beyond a reasonable doubt and neither defense was proven by a preponderance of the evidence. Please indicate your unanimous findings:

_____ Not Guilty

_____ Guilty

If you find the defendant guilty of trafficking in counterfeit goods on or about December 12, 2017, please indicate your unanimous findings with respect to the trademark violated:

_____ U.S. Trademark Registration 2,882,774

_____ U.S. Trademark Registration 2,929,823

_____ U.S. Trademark Registration 3,905,843

E. **Conspiracy to Launder Money, 18 U.S.C. § 1956(h)**

_____ Not Guilty

_____ Guilty

If you find the defendant guilty of conspiracy to launder money, please indicate your unanimous findings with respect to the object of the conspiracy:

_____ Conduct financial transactions involving proceeds of a specified unlawful activity that were designed to conceal and disguise the nature and source of the proceeds

_____ Transport, transmit, and transfer funds to or from places outside the United States with the design to conceal or disguise the nature and source of the proceeds

F. **Money Laundering, 18 U.S.C. § 1956(a)(1)(B)(i)**

  1. **April 15, 2014: $40,000 wire; $62,500 check**

  _____          Not Guilty

  _____          Guilty

## TIM BABICHENKO

A. **Conspiracy to Commit Wire Fraud, 18 U.S.C. §§1349, 1343**

    _____      Not Guilty

    _____      Guilty

B. **Wire Fraud, 18 U.S.C. § 1343, March 17, 2016, Samsung phone and battery**

    _____      Not Guilty

    _____      Guilty

C. **Wire Fraud, 18 U.S.C. § 1343, October 24, 2017, Apple iPhones**

    _____      Not Guilty

    _____      Guilty

D. **Mail Fraud, 18 U.S.C. § 1341, March 17, 2016, Samsung phone and battery**

    _____      Not Guilty

    _____      Guilty

E. **Mail Fraud, 18 U.S.C. 1341, October 24, 2017, Apple iPhone**

    _____      Not Guilty

    _____      Guilty

### F. Conspiracy to Traffic in Counterfeit Goods, 18 U.S.C. § 2320(a), (b)(1), (f)(1)

Please indicate your unanimous findings as to whether the government proved the elements of conspiracy to traffic counterfeit goods beyond a reasonable doubt:

_____          No

_____          Yes

If you found that the government proved the elements beyond a reasonable doubt, please indicate your unanimous findings as to whether the following defenses were established by a preponderance of the evidence:

Laches:          Yes _____          No _____

Estoppel:          Yes _____          No _____

If you found that either defense was proven by a preponderance of the evidence, you must return a not guilty verdict. You may only return a guilty verdict if you find that the government proved all elements beyond a reasonable doubt and neither defense was proven by a preponderance of the evidence. Please indicate your unanimous findings:

_____          Not Guilty

_____          Guilty

G. **Trafficking in Counterfeit Goods, 18 U.S.C. § 2320(a), (b)(1)**

**1. October 24, 2017: Apple iPhone 5S**

Please indicate your unanimous findings as to whether the government proved the elements of trafficking in counterfeit goods beyond a reasonable doubt:

_____ No

_____ Yes

If you found that the government proved the elements beyond a reasonable doubt, please indicate your unanimous findings as to whether the following defenses were established by a preponderance of the evidence:

Laches: Yes _____ No _____

Estoppel: Yes _____ No _____

If you found that either defense was proven by a preponderance of the evidence, you must return a not guilty verdict. You may only return a guilty verdict if you find that the government proved all elements beyond a reasonable doubt and neither defense was proven by a preponderance of the evidence. Please indicate your unanimous findings:

_____ Not Guilty

_____ Guilty

If you find the defendant guilty of trafficking in counterfeit goods on or about October 24, 2017, please indicate your unanimous findings with respect to the trademark violated:

_____ U.S. Trademark Registration 2,715,578

_____ U.S. Trademark Registration 3,229,791

_____ U.S. Trademark Registration 3,669,402

_____ U.S. Trademark Registration 3,679,056

_____ U.S. Trademark Registration 3,928,818

## 2. March 17, 2016

Please indicate your unanimous findings as to whether the government proved the elements of trafficking in counterfeit goods beyond a reasonable doubt:

_____ No

_____ Yes

If you found that the government proved the elements beyond a reasonable doubt, please indicate your unanimous findings as to whether the following defenses were established by a preponderance of the evidence:

Laches: Yes _____ No _____

Estoppel: Yes _____ No _____

If you found that either defense was proven by a preponderance of the evidence, you must return a not guilty verdict. You may only return a guilty verdict if you find that the government proved all elements beyond a reasonable doubt

and neither defense was proven by a preponderance of the evidence. Please indicate your unanimous findings:

_____ Not Guilty

_____ Guilty

If you find the defendant guilty of trafficking in counterfeit goods on or about March 17, 2016, please indicate your unanimous findings with respect to the counterfeit goods trafficked:

_____ Samsung battery

_____ Samsung Galaxy S4 phone

If you find the defendant guilty of trafficking in counterfeit goods on or about March 17, 2016, please indicate your unanimous findings with respect to the trademark violated:

_____ U.S. Trademark Registration 2,882,774

_____ U.S. Trademark Registration 2,929,519

_____ U.S. Trademark Registration 2,929,523

_____ U.S. Trademark Registration 3,905,843

_____ U.S. Trademark Registration 4,792,754

### H. Conspiracy to Launder Money, 18 U.S.C. § 1956(h)

_____       Not Guilty

_____       Guilty

If you find the defendant guilty of conspiracy to launder money, please indicate your unanimous findings with respect to the object of the conspiracy:

_____       Conduct financial transactions involving proceeds of a specified unlawful activity that were designed to conceal and disguise the nature and source of the proceeds

_____       Transport, transmit, and transfer funds to or from places outside the United States with the design to conceal or disguise the nature and source of the proceeds

### I. Money Laundering, 18 U.S.C. § 1956(a)(1)(B)(i)

#### 1. April 4, 2014: $105,000 check

_____       Not Guilty

_____       Guilty

#### 2. January 22 & 23, 2015: $15,860 deposit; $4,000 Western Union wire

_____       Not Guilty

_____       Guilty

**3. July 27, 2015: $30,000 wire; $30,000 wire**

_____          Not Guilty

_____          Guilty

**4. June 23, 2016: $101,000 check**

_____          Not Guilty

_____          Guilty

<u>**KRISTINA BABICHENKO**</u>

A. **Conspiracy to Commit Wire Fraud, 18 U.S.C. §§1349, 1343**

_____          Not Guilty

_____          Guilty

B. **Wire Fraud, 18 U.S.C. § 1343, March 17, 2016, Samsung phone and battery**

_____          Not Guilty

_____          Guilty

C. **Mail Fraud, 18 U.S.C. § 1341, March 17, 2016, Samsung phone and battery**

_____          Not Guilty

_____          Guilty

D. **Conspiracy to Traffic in Counterfeit Goods, 18 U.S.C. § 2320(a), (b)(1), (f)(1)**

Please indicate your unanimous findings as to whether the government proved the elements of conspiracy to traffic counterfeit goods beyond a reasonable doubt:

_____          No

_____          Yes

If you found that the government proved the elements beyond a reasonable doubt, please indicate your unanimous findings as to whether the following defenses were established by a preponderance of the evidence:

Laches:         Yes _____         No _____

Estoppel:      Yes _____         No _____

If you found that either defense was proven by a preponderance of the evidence, you must return a not guilty verdict. You may only return a guilty verdict if you find that the government proved all elements beyond a reasonable doubt and neither defense was proven by a preponderance of the evidence. Please indicate your unanimous findings:

_____         Not Guilty

_____         Guilty

## E. **Trafficking in Counterfeit Goods, 18 U.S.C. § 2320(a), (b)(1)**

### 1. **March 17, 2016**

Please indicate your unanimous findings as to whether the government proved the elements of trafficking in counterfeit goods beyond a reasonable doubt:

_____         No

_____         Yes

If you found that the government proved the elements beyond a reasonable doubt, please indicate your unanimous findings as to whether the following defenses were established by a preponderance of the evidence:

Laches:        Yes _____        No _____

Estoppel:        Yes _____        No _____

If you found that either defense was proven by a preponderance of the evidence, you must return a not guilty verdict. You may only return a guilty verdict if you find that the government proved all elements beyond a reasonable doubt and neither defense was proven by a preponderance of the evidence. Please indicate your unanimous findings:

_____        Not Guilty

_____        Guilty

If you find the defendant guilty of trafficking in counterfeit goods on or about March 17, 2016, please indicate your unanimous findings with respect to the counterfeit goods trafficked:

_____        Samsung battery

_____        Samsung Galaxy S4 phone

If you find the defendant guilty of trafficking in counterfeit goods on or about March 17, 2016, please indicate your unanimous findings with respect to the trademark violated:

_____          U.S. Trademark Registration 2,882,774

_____          U.S. Trademark Registration 2,929,519

_____          U.S. Trademark Registration 2,929,523

_____          U.S. Trademark Registration 3,905,843

_____          U.S. Trademark Registration 4,792,754

### F. Conspiracy to Launder Money, 18 U.S.C. § 1956(h)

_____          Not Guilty

_____          Guilty

If you find the defendant guilty of conspiracy to launder money, please indicate your unanimous findings with respect to the object of the conspiracy:

_____          Conduct financial transactions involving proceeds of a specified unlawful activity that were designed to conceal and disguise the nature and source of the proceeds

_____          Transport, transmit, and transfer funds to or from places outside the United States with the design to conceal or disguise the nature and source of the proceeds

G. **Money Laundering, 18 U.S.C. § 1956(a)(1)(B)(i)**

　　1. **April 4, 2014: $105,000 check**

　　　　_____　　Not Guilty

　　　　_____　　Guilty

　　2. **July 27, 2015: $30,000 wire; $30,000 wire**

　　　　_____　　Not Guilty

　　　　_____　　Guilty

　　3. **June 23, 2016: $101,000 check**

　　　　_____　　Not Guilty

　　　　_____　　Guilty

## NATALIE BABICHENKO

**A. Conspiracy to Commit Wire Fraud, 18 U.S.C. §§1349, 1343**

_____          Not Guilty

_____          Guilty

**B. Conspiracy to Traffic in Counterfeit Goods, 18 U.S.C. § 2320(a), (b)(1), (f)(1)**

Please indicate your unanimous findings as to whether the government proved the elements of conspiracy to traffic counterfeit goods beyond a reasonable doubt:

_____          No

_____          Yes

If you found that the government proved the elements beyond a reasonable doubt, please indicate your unanimous findings as to whether the following defenses were established by a preponderance of the evidence:

Laches:      Yes _____          No _____

Estoppel:    Yes _____          No _____

If you found that either defense was proven by a preponderance of the evidence, you must return a not guilty verdict. You may only return a guilty verdict if you find that the government proved all elements beyond a reasonable doubt and neither defense was proven by a preponderance of the evidence. Please indicate your unanimous findings:

_____     Not Guilty

_____     Guilty

## C. **Conspiracy to Launder Money, 18 U.S.C. § 1956(h)**

_____     Not Guilty

_____     Guilty

If you find the defendant guilty of conspiracy to launder money, please indicate your unanimous findings with respect to the object of the conspiracy:

_____     Conduct financial transactions involving proceeds of a specified unlawful activity that were designed to conceal and disguise the nature and source of the proceeds

_____     Transport, transmit, and transfer funds to or from places outside the United States with the design to conceal or disguise the nature and source of the proceeds

D. **Money Laundering, 18 U.S.C. § 1956(a)(1)(B)(i)**

    **1.  July 14, 2017: $36,000 check**

        _____      Not Guilty

        _____      Guilty

    **2.  April 25, 2015: $16,000 check**

        _____      Not Guilty

        _____      Guilty

## DAVID BIBIKOV

### A. Conspiracy to Commit Wire Fraud, 18 U.S.C. §§1349, 1343

_____          Not Guilty

_____          Guilty

### B. Wire Fraud, 18 U.S.C. § 1343, December 12, 2017, Apple iPhone

_____          Not Guilty

_____          Guilty

### C. Mail Fraud, 18 U.S.C. § 1341, December 12, 2017, Apple iPhone

_____          Not Guilty

_____          Guilty

### D. Conspiracy to Traffic in Counterfeit Goods, 18 U.S.C. § 2320(a), (b)(1), (f)(1)

Please indicate your unanimous findings as to whether the government proved the elements of conspiracy to traffic counterfeit goods beyond a reasonable doubt:

_____          No

_____          Yes

If you found that the government proved the elements beyond a reasonable doubt, please indicate your unanimous findings as to whether the following defenses were established by a preponderance of the evidence:

Laches:        Yes _____        No _____

Estoppel:      Yes _____        No _____

If you found that either defense was proven by a preponderance of the evidence, you must return a not guilty verdict. You may only return a guilty verdict if you find that the government proved all elements beyond a reasonable doubt and neither defense was proven by a preponderance of the evidence. Please indicate your unanimous findings:

_____        Not Guilty

_____        Guilty

### E. **Trafficking in Counterfeit Goods, 18 U.S.C. § 2320(a), (b)(1)**

#### 1. December 2, 2016

Please indicate your unanimous findings as to whether the government proved the elements of trafficking in counterfeit goods beyond a reasonable doubt:

_____        No

_____        Yes

If you found that the government proved the elements beyond a reasonable doubt, please indicate your unanimous findings as to whether the following defenses were established by a preponderance of the evidence:

Laches:          Yes _____          No _____

Estoppel:        Yes _____          No _____

If you found that either defense was proven by a preponderance of the evidence, you must return a not guilty verdict. You may only return a guilty verdict if you find that the government proved all elements beyond a reasonable doubt and neither defense was proven by a preponderance of the evidence. Please indicate your unanimous findings:

_____          Not Guilty

_____          Guilty

If you find the defendant guilty of trafficking in counterfeit goods on or about December 2, 2016, please indicate your unanimous findings with respect to the counterfeit goods trafficked:

_____          Apple iPhone 5S

_____          Apple cellular telephone chargers

If you find the defendant guilty of trafficking in counterfeit goods on or about December 2, 2016, please indicate your unanimous findings with respect to the trademark violated:

_____        U.S. Trademark Registration 2,715,578

_____        U.S. Trademark Registration 3,229,791

_____        U.S. Trademark Registration 3,669,402

_____        U.S. Trademark Registration 3,679,056

_____        U.S. Trademark Registration 3,928,818

## 2. December 12, 2017: Apple iPhone 5

Please indicate your unanimous findings as to whether the government proved the elements of trafficking in counterfeit goods beyond a reasonable doubt:

_____        No

_____        Yes

If you found that the government proved the elements beyond a reasonable doubt, please indicate your unanimous findings as to whether the following defenses were established by a preponderance of the evidence:

Laches:        Yes _____        No _____

Estoppel:        Yes _____        No _____

If you found that either defense was proven by a preponderance of the evidence, you must return a not guilty verdict. You may only return a guilty verdict if you find that the government proved all elements beyond a reasonable doubt

and neither defense was proven by a preponderance of the evidence. Please indicate your unanimous findings:

_____          Not Guilty

_____          Guilty

If you find the defendant guilty of trafficking in counterfeit goods on or about December 12, 2017, please indicate your unanimous findings with respect to the trademark violated:

_____          U.S. Trademark Registration 2,715,578

_____          U.S. Trademark Registration 3,229,791

_____          U.S. Trademark Registration 3,669,402

_____          U.S. Trademark Registration 3,679,056

_____          U.S. Trademark Registration 3,928,818

F.  **Conspiracy to Launder Money, 18 U.S.C. § 1956(h)**

_____          Not Guilty

_____          Guilty

If you find the defendant guilty of conspiracy to launder money, please indicate

your unanimous findings with respect to the object of the conspiracy:

_____          Conduct financial transactions involving

proceeds of a specified unlawful activity that

were designed to conceal and disguise the nature

and source of the proceeds

_____          Transport, transmit, and transfer funds to or

from places outside the United States with the

design to conceal or disguise the nature and

source of the proceeds

# ANNA IYERUSALIMETS

A. **Conspiracy to Commit Wire Fraud, 18 U.S.C. §§1349, 1343**

_____       Not Guilty

_____       Guilty

B. **Wire Fraud, 18 U.S.C. § 1343, March 14, 2016, Apple iPhone and Samsung charger**

_____       Not Guilty

_____       Guilty

C. **Mail Fraud, 18 U.S.C. § 1341, March 14, 2016, Apple iPhone and Samsung charger**

_____       Not Guilty

_____       Guilty

D. **Conspiracy to Traffic in Counterfeit Goods, 18 U.S.C. § 2320(a), (b)(1), (f)(1)**

Please indicate your unanimous findings as to whether the government proved the elements of conspiracy to traffic counterfeit goods beyond a reasonable doubt:

_____       No

_____       Yes

If you found that the government proved the elements beyond a reasonable doubt, please indicate your unanimous findings as to whether the following defenses were established by a preponderance of the evidence:

Laches:        Yes _____        No _____

Estoppel:     Yes _____        No _____

If you found that either defense was proven by a preponderance of the evidence, you must return a not guilty verdict. You may only return a guilty verdict if you find that the government proved all elements beyond a reasonable doubt and neither defense was proven by a preponderance of the evidence. Please indicate your unanimous findings:

_____        Not Guilty

_____        Guilty

## E. **Trafficking in Counterfeit Goods, 18 U.S.C. § 2320(a), (b)(1)**

### 1. **March 14, 2016**

Please indicate your unanimous findings as to whether the government proved the elements of trafficking in counterfeit goods beyond a reasonable doubt:

_____        No

_____        Yes

If you found that the government proved the elements beyond a reasonable doubt, please indicate your unanimous findings as to whether the following defenses were established by a preponderance of the evidence:

Laches:      Yes _____      No _____

Estoppel:    Yes _____      No _____

If you found that either defense was proven by a preponderance of the evidence, you must return a not guilty verdict. You may only return a guilty verdict if you find that the government proved all elements beyond a reasonable doubt and neither defense was proven by a preponderance of the evidence. Please indicate your unanimous findings:

_____      Not Guilty

_____      Guilty

If you find the defendant guilty of trafficking in counterfeit goods on or about March 14, 2016, please indicate your unanimous findings with respect to the counterfeit goods trafficked:

_____      Apple iPhone

_____      Apple accessories

_____      Samsung charger

If you find the defendant guilty of trafficking in counterfeit goods on or about March 14, 2016, please indicate your unanimous findings with respect to the trademark violated:

_____ U.S. Trademark Registration 2,715,578

_____ U.S. Trademark Registration 3,229,791

_____ U.S. Trademark Registration 3,669,402

_____ U.S. Trademark Registration 3,679,056

_____ U.S. Trademark Registration 3,928,818

_____ U.S. Trademark Registration 2,882,774

_____ U.S. Trademark Registration 2,929,519

_____ U.S. Trademark Registration 2,929,523

_____ U.S. Trademark Registration 2,214,833

_____ U.S. Trademark Registration 4,792,755

### F. Conspiracy to Launder Money, 18 U.S.C. § 1956(h)

_____ Not Guilty

_____ Guilty

If you find the defendant guilty of conspiracy to launder money, please indicate

your unanimous findings with respect to the object of the conspiracy:

_____ Conduct financial transactions involving

proceeds of a specified unlawful activity that

were designed to conceal and disguise the nature

and source of the proceeds

_____ Transport, transmit, and transfer funds to or

from places outside the United States with the

design to conceal or disguise the nature and

source of the proceeds

### G. Money Laundering, 18 U.S.C. § 1956(a)(1)(B)(i)

#### 1. July 28, 2017: $10,000 check

_____ Not Guilty

_____ Guilty

#### 2. January 4, 2016: $65,000 wire; $55,000 check; $10,000 check

_____ Not Guilty

_____ Guilty

## MICHAEL IYERUSALIMETS

A. **Conspiracy to Commit Wire Fraud, 18 U.S.C. §§1349, 1343**

    _____      Not Guilty

    _____      Guilty

B. **Wire Fraud, 18 U.S.C. § 1343, March 7, 2016, Samsung charger**

    _____      Not Guilty

    _____      Guilty

C. **Wire Fraud, 18 U.S.C. § 1343, March 14, 2016, Apple iPhone and Samsung charger**

    _____      Not Guilty

    _____      Guilty

D. **Mail Fraud, 18 U.S.C. § 1341, March 7, 2016, Samsung charger**

    _____      Not Guilty

    _____      Guilty

E. **Mail Fraud, 18 U.S.C. § 1341, March 14, 2016, Apple iPhone and Samsung charger**

    _____      Not Guilty

    _____      Guilty

## F. Conspiracy to Traffic in Counterfeit Goods, 18 U.S.C. § 2320(a), (b)(1), (f)(1)

Please indicate your unanimous findings as to whether the government proved the elements of conspiracy to traffic counterfeit goods beyond a reasonable doubt:

_____          No

_____          Yes

If you found that the government proved the elements beyond a reasonable doubt, please indicate your unanimous findings as to whether the following defenses were established by a preponderance of the evidence:

Laches:          Yes _____          No _____

Estoppel:          Yes _____          No _____

If you found that either defense was proven by a preponderance of the evidence, you must return a not guilty verdict. You may only return a guilty verdict if you find that the government proved all elements beyond a reasonable doubt and neither defense was proven by a preponderance of the evidence. Please indicate your unanimous findings:

_____          Not Guilty

_____          Guilty

**Trafficking in Counterfeit Goods, 18 U.S.C. § 2320(a), (b)(1)**

**1. March 7, 2016: Samsung charger**

Please indicate your unanimous findings as to whether the government proved the elements of trafficking in counterfeit goods beyond a reasonable doubt:

_____          No

_____          Yes

If you found that the government proved the elements beyond a reasonable doubt, please indicate your unanimous findings as to whether the following defenses were established by a preponderance of the evidence:

Laches:          Yes _____          No _____

Estoppel:          Yes _____          No _____

If you found that either defense was proven by a preponderance of the evidence, you must return a not guilty verdict. You may only return a guilty verdict if you find that the government proved all elements beyond a reasonable doubt and neither defense was proven by a preponderance of the evidence. Please indicate your unanimous findings:

_____          Not Guilty

_____          Guilty

If you find the defendant guilty of trafficking in counterfeit goods on or about March 7, 2016, please indicate your unanimous findings with respect to the trademark violated:

_____ U.S. Trademark Registration 2,882,774

_____ U.S. Trademark Registration 2,929,519

_____ U.S. Trademark Registration 2,929,523

_____ U.S. Trademark Registration 2,214,833

_____ U.S. Trademark Registration 4,792,755

## 2. March 14, 2016

Please indicate your unanimous findings as to whether the government proved the elements of trafficking in counterfeit goods beyond a reasonable doubt:

_____ No

_____ Yes

If you found that the government proved the elements beyond a reasonable doubt, please indicate your unanimous findings as to whether the following defenses were established by a preponderance of the evidence:

Laches: Yes _____ No _____

Estoppel: Yes _____ No _____

If you found that either defense was proven by a preponderance of the evidence, you must return a not guilty verdict. You may only return a guilty verdict if you find that the government proved all elements beyond a reasonable doubt and neither defense was proven by a preponderance of the evidence. Please indicate your unanimous findings:

_____ Not Guilty

_____ Guilty

If you find the defendant guilty of trafficking in counterfeit goods on or about March 14, 2016, please indicate your unanimous findings with respect to the counterfeit goods trafficked:

_____ Apple iPhone

_____ Apple accessories

_____ Samsung charger

If you find the defendant guilty of trafficking in counterfeit goods on or about March 14, 2016, please indicate your unanimous findings with respect to the trademark violated:

_____ U.S. Trademark Registration 2,715,578

_____ U.S. Trademark Registration 3,229,791

_____ U.S. Trademark Registration 3,669,402

_____ U.S. Trademark Registration 3,679,056

_____ U.S. Trademark Registration 3,928,818

_____ U.S. Trademark Registration 2,882,774

_____ U.S. Trademark Registration 2,929,519

_____ U.S. Trademark Registration 2,929,523

_____ U.S. Trademark Registration 2,214,833

_____ U.S. Trademark Registration 4,792,755

G. **Conspiracy to Launder Money, 18 U.S.C. § 1956(h)**

_____ Not Guilty

_____ Guilty

If you find the defendant guilty of conspiracy to launder money, please indicate

your unanimous findings with respect to the object of the conspiracy:

_____ Conduct financial transactions involving

proceeds of a specified unlawful activity that

were designed to conceal and disguise the nature

and source of the proceeds

_____ Transport, transmit, and transfer funds to or

from places outside the United States with the

design to conceal or disguise the nature and

source of the proceeds

**H. Money Laundering, 18 U.S.C. § 1956(a)(1)(B)(i)**

    **1. December 22, 2014: $14,000 check**

        _____      Not Guilty

        _____      Guilty

    **2. December 29, 2014: $25,000 check**

        _____      Not Guilty

        _____      Guilty

    **3. January 4, 2016: $65,000 wire; $55,000 check; $10,000 check**

        _____      Not Guilty

        _____      Guilty