**一切为你 (yiqieweini333970)** ↙ Received
9/22/2014 3:22:51 AM

Vlad said apple lawyer needs him to respond in 10 days. what will happen you think? will they send police to vlad office to check the phones in stock?

**Paul Babichenko/MidStar (wxid_af39nx4897hp12)** ↗ Sent
9/22/2014 3:23:31 AM

Not police

**Paul Babichenko/MidStar (wxid_af39nx4897hp12)** ↗ Sent
9/22/2014 3:23:37 AM

They might sue him

**一切为你 (yiqieweini333970)** ↙ Received
9/22/2014 3:25:38 AM

have you or anybody else you know ever had the case?

**Paul Babichenko/MidStar (wxid_af39nx4897hp12)** ↗ Sent
9/22/2014 3:28:37 AM

I got letters from apple

**Paul Babichenko/MidStar (wxid_af39nx4897hp12)** ↗ Sent
9/22/2014 3:28:46 AM

I hired lawyer

GOVERNMENT'S
Trial Exhibit
1:18-0258-BLW
3005-67

BABICHENKO-336656-0510

> **Paul Babichenko/MidStar (wxid_af39nx4897hp12)** ↗ Sent
> 9/22/2014 3:29:05 AM
> And send them letter saying we buy refurbished phones original

> **Paul Babichenko/MidStar (wxid_af39nx4897hp12)** ↗ Sent
> 9/22/2014 3:29:12 AM
> No issues yet

> **一切为你 (yiqieweini333970)** ↙ Received
> 9/22/2014 3:29:13 AM
> OK

> **一切为你 (yiqieweini333970)** ↙ Received
> 9/22/2014 3:29:17 AM
> good

> **Paul Babichenko/MidStar (wxid_af39nx4897hp12)** ↗ Sent
> 9/22/2014 3:29:24 AM
> I'm doing this for 12 years

> **一切为你 (yiqieweini333970)** ↙ Received
> 9/22/2014 3:29:33 AM
> vlad should do like you

> **Paul Babichenko/MidStar (wxid_af39nx4897hp12)** ↗ Sent
> 9/22/2014 3:29:46 AM
> Problem is he does retail only

> **一切为你 (yiqieweini333970)** ↙ Received
> 9/22/2014 3:30:12 AM

BABICHENKO-336656-0511

why

**Paul Babichenko/MidStar (wxid_af39nx4897hp12)**
↗ Sent
9/22/2014 3:32:06 AM

Because this guys don't know wholesale

**Paul Babichenko/MidStar (wxid_af39nx4897hp12)**
↗ Sent
9/22/2014 3:32:29 AM

Even Vadim does retail only

**Paul Babichenko/MidStar (wxid_af39nx4897hp12)**
↗ Sent
9/22/2014 3:33:01 AM

That Thomas supplied to him

**一切为你 (yiqieweini333970)**
✓ Received
9/22/2014 3:33:23 AM

you mean your lawyer doesn't know retail or wholesale;

**Paul Babichenko/MidStar (wxid_af39nx4897hp12)**
↗ Sent
9/22/2014 3:38:05 AM

No no

**Paul Babichenko/MidStar (wxid_af39nx4897hp12)**
↗ Sent
9/22/2014 3:38:17 AM

I'm saying Vlad and Vadim don't do wholesale

**Paul Babichenko/MidStar (wxid_af39nx4897hp12)**
↗ Sent
9/22/2014 3:38:28 AM

They did only retail

BABICHENKO-336656-0512



**一切为你 (yiqieweini333970)** — Received 9/22/2014 3:38:32 AM
i know

**Paul Babichenko/MidStar (wxid_af39nx4897hp12)** — Sent 9/22/2014 3:38:41 AM
So they have little knowledge

**Paul Babichenko/MidStar (wxid_af39nx4897hp12)** — Sent 9/22/2014 3:38:53 AM
So

**Paul Babichenko/MidStar (wxid_af39nx4897hp12)** — Sent 9/22/2014 3:39:01 AM
Vlad will go to my brother peter

**Paul Babichenko/MidStar (wxid_af39nx4897hp12)** — Sent 9/22/2014 3:39:10 AM
To get help about this lawyer

**一切为你 (yiqieweini333970)** — Received 9/22/2014 3:39:15 AM
good

**Paul Babichenko/MidStar (wxid_af39nx4897hp12)** — Sent 9/22/2014 3:39:19 AM
From apple

**一切为你 (yiqieweini333970)** — Received 9/22/2014 3:40:17 AM
i tell Vlad to mive some of his stock phones out of office. i guess he still has lot of

phones in stock

> **Paul Babichenko/MidStar (wxid_af39nx4897hp12)**
> 9/22/2014 3:40:40 AM
> I'll talk to Vlad tomorrow
> ↗ Sent

**一切为你 (yiqieweini333970)**
9/22/2014 3:40:41 AM
move out
✓ Received

**一切为你 (yiqieweini333970)**
9/22/2014 3:40:48 AM
good
✓ Received

**一切为你 (yiqieweini333970)**
9/22/2014 3:41:20 AM
now even kits cannot ship out of China
✓ Received

**一切为你 (yiqieweini333970)**
9/22/2014 3:41:29 AM
all hold in China
✓ Received

> **Paul Babichenko/MidStar (wxid_af39nx4897hp12)**
> 9/22/2014 3:45:21 AM
> So how long this will go on?
> ↗ Sent

**一切为你 (yiqieweini333970)**
9/22/2014 3:46:35 AM
after one week. i believe it is something with iPhone6, too many 6 underground from hk to China
✓ Received

BABICHENKO-336656-0514

**一切为你 (yiqieweini333970)**
✓ Received
9/22/2014 3:47:07 AM

this weekend should be ok

**Paul Babichenko/MidStar (wxid_af39nx4897hp12)**
↗ Sent
9/22/2014 3:47:59 AM

Ok

**Paul Babichenko/MidStar (wxid_af39nx4897hp12)**
↗ Sent
9/22/2014 3:48:08 AM

Do you have the list for me?

**一切为你 (yiqieweini333970)**
✓ Received
9/22/2014 3:48:33 AM

yes will send tonight my time

**Paul Babichenko/MidStar (wxid_af39nx4897hp12)**
↗ Sent
9/22/2014 3:48:42 AM

Ok

**一切为你 (yiqieweini333970)**
✓ Received
9/22/2014 3:48:55 AM

good night Paul

**Paul Babichenko/MidStar (wxid_af39nx4897hp12)**
↗ Sent
9/22/2014 3:49:07 AM

Take care

BABICHENKO-336656-0515

3005-67-006