

BABICHENKO-336656-0574

3005-38 / 1                                              3005-38



BABICHENKO-336656-0575

**Paul Babichenko/MidStar (wxid_af39nx4897hp12)** ↗ Sent
9/26/2014 2:57:03 PM
Ok thanks

**一切为你 (yiqieweini333970)** ∠ Received
9/26/2014 2:57:19 PM
Will Vlad keep his office?

**Paul Babichenko/MidStar (wxid_af39nx4897hp12)** ↗ Sent
9/26/2014 2:57:29 PM
Im trying to get it

**Paul Babichenko/MidStar (wxid_af39nx4897hp12)** ↗ Sent
9/26/2014 2:57:57 PM
But company he is leading they might give to neighbor

**Paul Babichenko/MidStar (wxid_af39nx4897hp12)** ↗ Sent
9/26/2014 2:58:02 PM
Leasing

**一切为你 (yiqieweini333970)** ∠ Received
9/26/2014 2:58:05 PM
How about Vlad 'a eBay or amazon account? Will you take?

**Paul Babichenko/MidStar (wxid_af39nx4897hp12)** ↗ Sent
9/26/2014 2:58:21 PM
He doesn't want to give it

**一切为你 (yiqieweini333970)** ∠ Received
9/26/2014 2:58:38 PM
Account is important

BABICHENKO-336656-0576



BABICHENKO-336656-0577

**Paul Babichenko/MidStar (wxid_af39nx4897hp12)**
9/26/2014 2:59:47 PM
But they will be supervised by me

一切为你 **(yiqieweini333970)**
9/26/2014 2:59:51 PM
I hope you can sell lot of phones in retails after your take his employee

**Paul Babichenko/MidStar (wxid_af39nx4897hp12)**
9/26/2014 2:59:59 PM
And will be in my building

**Paul Babichenko/MidStar (wxid_af39nx4897hp12)**
9/26/2014 3:00:05 PM
Yes

一切为你 **(yiqieweini333970)**
9/26/2014 3:00:27 PM
Wholesale is too hard

一切为你 **(yiqieweini333970)**
9/26/2014 3:00:35 PM
I like to try retail

一切为你 **(yiqieweini333970)**
9/26/2014 3:00:41 PM
With you

**Paul Babichenko/MidStar (wxid_af39nx4897hp12)**
9/26/2014 3:00:58 PM
The retail between me and you