John C. DeFranco
Idaho State Bar No. 4953
Ellsworth, Kallas & DeFranco, PLLC
1031 E. Park Blvd., Boise, ID 83712
(208) 336-1843
jcd@greyhawklaw.com

Barry L. Flegenheimer
Washington State Bar No. 11024
Bell Flegenheimer
119 First Avenue South, Suite 500, Seattle, WA 98104
(206) 621-8777
barrylfp@gmail.com

Attorneys for Paul Babichenko

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>vs.<br><br>PAVEL BABICHENKO,<br>PIOTR BABICHENKO,<br>TIMOFEY BABICHENKO,<br>KRISTINA BABICHENKO,<br>DAVID BIBIKOV,<br>ANNA IYERUSALIMENTS,<br>MIKHAIL IYERUSALIMETS,<br><br>              Defendants. | CASE NO. CR-18-00258-BLW<br><br>DEFENDANT'S MOTION IN LIMINE (WRITTEN OBJECTION TO GOVERNMENT'S DEMONSTRATIVE TRIAL EXHIBIT) |

The Defendants[1] move to exclude the Government's use of packaging for an I-Phone 11 as a demonstrative exhibit in trial 2.

## I.       Statement of Facts

In trial 1 the Government sought to introduce a demonstrative exhibit in the form of packaging from an I Phone 11.[2]  The Government planned to use trial witness, Leah Caras to testify as to the quality of the plastic wrap and box as comparable to products being considered in this case.

Three attorneys for the defense objected. Ellen Smith, on behalf of Mikhail Iyerusalimets, Rob Lewis on behalf of Timofey Babichenko and Melissa Winberg on behalf of Anna Iyerusalimets. Ms. Smith argued its disclosure was untimely, it lacked foundation, and was irrelevant and prejudicial to her client's right to a fair trial, because it caused confusion, mislead the jury and wasted time. (Trial Transcript P. 2533, L. 14-17) Mr. Lewis incorporated Ms. Smith's argument regarding his allegation contemplating a clamshell container versus a box. Ms. Winberg included a continuing objection that packaging was uncharged and represented a variance from the charging instrument. [3]

The District Court reasoned the evidence was inadmissible "primarily because of the late disclosure" (Trial Transcript P. 2537, Line 1) It continued the analysis

---

[1] This motion is filed on behalf of Pavel Babichenko, Piotr Babichenko, Timofey Babichenko, Kristina Babichenko, David Bibikov, Anna Iyerusalimets, and Mikhail Iyerusalimets (collectively the "Defendants").
[2] See Trial Transcript Day 16, July 20, 2021, Page 2532.
[3] See Defense Objection To Jury Instructions, Dkt. 879 Page 5

explaining it would require a "stretch or inference" that the box and packaging for the I phone 11 was basically the same as the box and packaging of earlier model I-phones.

II.      **Argument**

The defense argues the demonstrative exhibit is not relevant evidence under F.R.E. 401. The defense argues if offered it would unfairly prejudice the accused's right to a fair trial under F.R.E. 403. Further it is improper under F.R.E. 611(a) in that it makes the presentation of evidence ineffective for determining the truth and wastes time.


DATED:  March 28, 2022.



s/ John DeFranco
s/ Barry Flegenheimer
Attorneys for Paul Babichenko

CERTIFICATE OF SERVICE

I hereby certify that on March 28, 2022 I filed the foregoing electronically through the CM/ECF system, which caused the parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

Katherine L. Horwitz
Christian S. Nafzger
Joshua D. Hurwit
Justin D. Whatcott
Assistant United States Attorneys
Office of the United States Attorney
1290 West Myrtle Street, Suite 500
Boise, ID 83702
Kate.Horwitz@usdoj.gov
Christian.Nafzger@usdoj.gov
Joshua.hurwit@usdoj.gov
Justin.whatcott@usdoj.gov

Paul E. Riggins
380 South 4th Street, Ste. 104
Boise, ID 83702
rigginslaw@gmail.com

Andrew Masser
2399 S. Orchard St., Suite 204
Boise, ID 83705
andrew@baldaufmasser.com
*Attorneys for Piotr Babichenko*

Rob S. Lewis
913 W. River Street, Ste. 430
Boise, ID 83702
office@roblewislaw.com

Bradley Calbo
124 Main Avenue N., Suite 200
P.O. Box 83303-1233
balbo@magicvalleylegal.com
*Attorneys for Timofey Babichenko*

Greg S. Silvey
P.O. Box 5501
Boise, ID 83705
greg@idahoappeals.com

DEFENDANT'S MOTION IN LIMINE                                                              4

Jay J Kiiha
5700 East Franklin Road, Ste. 200
Nampa, Idaho 83687
jkiiha@whitepeterson.com
*Attorneys for Kristina Babichenko*

Robyn A. Fyffe
P.O. Box 5681
Boise, ID 83705
robyn@fyffelaw.com

Brian Pugh
Assistant Federal Public Defender
Las Vegas, Nevada
Brian_Pugh@fd.org
*Attorneys for David Bibikov*

Melissa Winberg
Nicole Owens
702 W. Idaho Street, Ste. 1000
Boise, ID 83702
melissa_winberg@fd.org
nicole_owens@fd.org
*Attorneys for Anna Iyerusalimets*

Ellen Nichole Smith
P.O. Box 140857
Garden City, ID 83714
ellen@smithhorras.com

Craig Durham
223 N. 6th Street, Suite 325
Boise, ID 83702
chd@fergusondurham.com
*Attorneys for Mikhail Iyerusalimets*

/s/ Melisa Wong