John C. DeFranco
Ellsworth, Kallas & DeFranco, PLLC
Idaho State Bar No. 4953
9169 W. State Street #1367
Garden City, ID 83714
(208) 854-8009
jcd@greyhawklaw.com

Barry L. Flegenheimer
Washington State Bar No. 11024
Bell Flegenheimer
119 First Avenue South, Suite 500, Seattle, WA 98104
(206) 621-8777
barrylfp@gmail.com

Attorneys for Defendant
PAUL BABICHENKO

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO
(HONORABLE B. LYNN WINMILL)

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR18-258-S-BLW |
| Plaintiff, | DEFENSE OBJECTIONS TO THE COURT'S PRE-PROOF INSTRUCTIONS |
| vs. | |
| PAVEL BABICHENKO, GENNADY BABITCHENKO, PIOTR BABICHENKO, TIMOFEY BABICHENKO, KRISTINA BABICHENKO, NATALYA BABICHENKO, DAVID BIBIKOV, ANNA IYERUSALIMETS, MIKHAIL IYERUSALIMETS, ARTUR PUPKO, | |
| Defendants. | |

Pavel Babichenko[1], by and through his counsel, John DeFranco and Barry Flegenheimer, respectfully submits the defense objections to the Court's pre-proof instructions:

**<u>Court's Instruction 2</u>**

- We ask that the Court make clear to the jury that the indictment alleges the Defendants engaged in a conspiracy to commit wire fraud by selling counterfeit goods. *See* Dkt. 1398 at 3–4; Dkt. 1460 at 2–6. We ask that the Court add "by selling counterfeit goods" to the description of Count 1, so that it reads: "Count 1 charges the defendants with conspiring to commit wire fraud *by selling counterfeit goods*." Court's Instructions p.5 (addition italicized).

- We object to stating that "Count 20 charges the defendants with conspiring to traffic in counterfeit goods, *labels, and packaging*." Court's Instructions p.5 (emphasis added). Count 20 charges only trafficking in counterfeit goods; the Court's instruction regarding labels and packaging would create a constructive amendment. *See* Dkt. 1398 at 5–7.

- We request that the second element of conspiracy include the term "willfully," so it would read "the defendant *willfully* became a member of the conspiracy." Court's Instructions p.5 (addition italicized).

---

[1] This motion is filed on behalf of Pavel Babichenko, Piotr Babichenko, Timofey Babichenko, Kristina Babichenko, David Bibikov, Anna Iyerusalimets, and Mikhail Iyerusalimets (collectively the "Defendants").

- We object to singling out one Defendant from each set of charges and reading just that charge, rather than reading all of the charges. Court's Instructions pp.6, 8, 9.

- We ask that the Court give the definition of "counterfeit mark" after the elements of trafficking in counterfeit goods. Court's Instructions p.10; *see* Dkt. 1363 at 17.

**Court's Instruction 3**

- We object to the court's reasonable doubt instruction, and request an instruction consistent with our proposed instruction. *See* Dkt. 1363 at 6.

**Defense Instruction 15**

- We ask that the Court give the Defendants' proposed instruction 15 regarding the duty of the Court. *See* Dkt. 1363 at 5.

Dated: May 17, 2022                    Respectfully submitted,

                                       By:


                                       /s/ John DeFranco
                                       John DeFranco
                                       Barry Flegenheimer
                                       Attorneys for Defendant
                                       PAUL BABICHENKO

CERTIFICATE OF SERVICE

I hereby certify that on May 17, 2022 I filed the foregoing electronically through the CM/ECF system, which caused the parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

    Katherine L. Horwitz
    Christian S. Nafzger
    Joshua D. Hurwit
    Justin D. Whatcott
    Assistant United States Attorneys
    Office of the United States Attorney
    1290 West Myrtle Street, Suite 500
    Boise, ID 83702
    Kate.Horwitz@usdoj.gov
    Christian.Nafzger@usdoj.gov
    Joshua.hurwit@usdoj.gov
    Justin.whatcott@usdoj.gov

    Paul E. Riggins
    380 South 4th Street, Ste. 104
    Boise, ID 83702
    rigginslaw@gmail.com

    Mike French
    BARTLETT & FRENCH PLLP
    1002 W. Franklin St.
    Boise, Idaho 83702
    mike@bartlettfrench.com
    *Attorneys for Piotr Babichenko*

    Rob S. Lewis
    913 W. River Street, Ste. 430
    Boise, ID 83702
    office@roblewislaw.com

    Bradley Calbo
    124 Main Avenue N., Suite 200
    P.O. Box 83303-1233
    balbo@magicvalleylegal.com
    *Attorneys for Timofey Babichenko*

Greg S. Silvey
P.O. Box 5501
Boise, ID 83705
greg@idahoappeals.com


Jay J Kiiha
5700 East Franklin Road, Ste. 200
Nampa, Idaho 83687
jkiiha@whitepeterson.com
*Attorneys for Kristina Babichenko*

Robyn A. Fyffe
P.O. Box 5681
Boise, ID 83705
robyn@fyffelaw.com

Brian Pugh
Assistant Federal Public Defender
Las Vegas, Nevada
Brian_Pugh@fd.org
*Attorneys for David Bibikov*

Melissa Winberg
Nicole Owens
702 W. Idaho Street, Ste. 1000
Boise, ID 83702
melissa_winberg@fd.org
nicole_owens@fd.org
*Attorneys for Anna Iyerusalimets*

Ellen Nichole Smith
P.O. Box 140857
Garden City, ID 83714
ellen@smithhorras.com

Craig Durham
223 N. 6th Street, Suite 325
Boise, ID 83702
chd@fergusondurham.com
*Attorneys for Mikhail Iyerusalimets*


/s/ John DeFranco

Defense Objections to the Court's Pre-Proof Instructions            -5-