**JURY TRIAL – Day 12**

### UNITED STATES DISTRICT COURT FOR THE DISTRICT OF IDAHO

Judge: B. Lynn Winmill
Case No: 1:18-cr-258
Date: June 14, 2022
Place: Boise – Courtroom 3

Deputy Clerk: Kim Tudela
Reporter: Tammy Hohenleitner
Time: 9:09 – 10:31 AM (1 hr, 22 mins)
    10:54 – 11:03 AM (9 mins)
    11:15 AM – 12:33 PM (1 hr, 18 mins)
    12:57 – 2:05 PM (1 hr, 8 mins)
    2:29 – 3:30 PM (1 hr, 1 min)
    Total time: 4 hrs, 58 mins

### UNITED STATES OF AMERICA v. BABICHENKO, et al

Counsel for Government: Kate Horwitz, Justin Whatcott, and Christian Nafzger
Counsel for Pavel Babichenko: John DeFranco and Barry Flegenheimer
Counsel for Piotr Babichenko: Paul Riggins and Mike French
Counsel for Timofey Babichenko: Rob Lewis and Brad Calbo
Counsel for Kristina Babichenko: Greg Silvey and Jay Kiiha
Counsel for David Bibikov: Robyn Fyffe and Brian Pugh
Counsel for Anna Iyerusalimets: Melissa Winberg and Nicole Owens
Counsel for Mikhail Iyerusalimets: Ellen Smith and Craig Durham


WITNESSES
    Government:
    Erick Akers (cont. from 6/8/22)

EXHIBITS
    Government:
    1613, 3005.28, 3005.60, 3005.12, 3007, 4231, 4252, 4120, 4227, 4172, 4242, 4264, 4276, 4249, 3671 (in its entirety),

    Government's Demonstrative:
    D-1000, D-1300 (p. 16), 1254

    Defense:
    I2-51, 14408 (p. 4), I2-95, I2-94, 14256 (Admitted on Government's motion)


10:54 – 11:03: Matters taken up outside the presence of the jury regarding press release and victim notification.

11:24 – 11:30: Counsel argued the use of exhibit I2-103 outside the presence of the jury.

2:49 – 2:58: Matters taken up outside the presence of the jury:
- The Court addressed the seat change of the jurors.
- Other jury matters discussed with parties on the record to be taken up later.
- Counsel argued statements made regarding previous cross examination.

3:24 – The Jury admonished for the evening recess. The Jury Trial will resume on June 15, 2022, at 9:00 a.m. before Judge B. Lynn Winmill.

3:25 – The Court clarified jury concerns with the parties. Juror #54 will be individually questioned before trial tomorrow morning, June 15, at 9:00 a.m.