**JURY TRIAL – Day 13**

## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF IDAHO

Judge: B. Lynn Winmill  
Case No: 1:18-cr-258  
Date: June 15, 2022  
Place: Boise – Courtroom 3  

Deputy Clerk: Kim Tudela  
Reporter: Becky Martin  
Time: 9:00 – 9:11 (11 mins)  
      9:22 – 9:37 (15 mins)  
      9:40 – 10:15 (35 mins)  
      10:20 – 12:01 (1 hr, 41 mins)  
      12: 40 – 2:01 (1 hr, 21)  
      2:24 – 3:22 (58 mins)  
      Total time: 5 hr, 1 min  

## UNITED STATES OF AMERICA v. BABICHENKO, et al

Counsel for Government: Kate Horwitz, Justin Whatcott, and Christian Nafzger  
Counsel for Pavel Babichenko: John DeFranco and Barry Flegenheimer  
Counsel for Piotr Babichenko: Paul Riggins and Mike French  
Counsel for Timofey Babichenko: Rob Lewis and Brad Calbo  
Counsel for Kristina Babichenko: Greg Silvey and Jay Kiiha  
Counsel for David Bibikov: Robyn Fyffe and Brian Pugh  
Counsel for Anna Iyerusalimets: Melissa Winberg and Nicole Owens  
Counsel for Mikhail Iyerusalimets: Ellen Smith and Craig Durham  

WITNESSES  
**Government**: Erick Akers (cont. from 6/14/22 – subject to recall), Johnathan Riggs, Jarred Cronenworth

EXHIBITS  
**Government Exhibits Admitted Without Conditions**: 2601, 2602, 2623, 2627, 2603, 2604, 2605, 2607, 26010, 2611, 2614, 2616, 2617, 2618, 2620, 2621, 2622, 2624, 2625, 2626, 2627, 2628, 2629, 5601.A, 5601.B, 5601.C, 5601.D, 5601.E, 5601.F, 5601.G, 5601.H, 5601.I, 5601.J, 5601.K, 5601.L, 5603.A.1, 5603.B.1, 5603.B.2, 5603.B.3, 5603.B.4, 5603.C.1, 5603.C.2, 5603.C.3, 5604.A, 5604.B, 5604.C, 5605.B, 5605.C, 5605.D, 5605.E, 5605.F, 5605.H, 5605.I, 5605.J, 5605.K, 5606, 5606.A, 5606.B, 5606.C, 5606.D, 5606.E, 5606.F, 5607, 5608, 5609, 5610, 5602.A, 5602.B, 5602.C, 5602.D, 5602.E, 5602.F, 5508.A.1, 5508A.2, 5508.A.3, 5508.B.1, 5508.B.2, 5508.B.3, 5508.C.1, 5508.C.2, 5508.C.3, 5509.A, 5509.B, 5509.C, 5509.D, 5511.A, 5511.B.1, 5511.B.2, 5511.B.3, 5511.C.1, 5511.C.2, 5511.C.3, 5511.D.1, 5511.D.2, 5511.D.3, 5511.E.1, 5511.E.2, 5511.E.3, 5511.F.1, 5511.F.2, 5511.F.3, 5511.G.1, 5511.G.2, 5511.G.3, 5511.H.1, 5511.H.2, 5511.H.3, 5512.A.1, 5512.A.2, 5512.A.3, 5512.B.1, 5512.B.2, 5512.B.3, 5512.C.1, 5512.C.2, 5512.C.3, 5512.D.1, 5512.D.2, 5512.D.3, 5512.E.1, 5512.E.2, 5512.E.3, 5512.F.1, 5512.F.2, 5512.F.3, 5512.G.1, 5512.G.2, 5512.G.3, 5512.H.1, 5512.H.2, 5512.H.3, 5512.I.1, 5512.I.2, 5512.I.3

**Government Exhibits Withdrawn**: 4112

**Defense**: I2-115, I2-116, I2-120, I2-118, I2-114, I2-117, I2-113, I2-126, I2-127, I2-128

9:00 – 9:11 a.m.: Outside the presence of the jury, the Court took up jury matters with the parties before proceeding with questioning.

9:22 – 9:32 a.m.: Juror #54 brought in for individual questioning.

9:34 – 9:37 a.m.: The Court followed up with counsel before proceeding for further inquiry of other jurors.

9:40 – 9:46 a.m.: Juror #63 brought in for individual questioning.

9:48 – 9:53 a.m.: Juror #34 brought in for individual questioning.

9:55 – 9:59 a.m.: Juror #64 brought in for individual questioning.

10:00 – 10:02 a.m.: Juror #54 brought back in for follow up questioning.

10:03 – 10:15 a.m.: Counsel present. The Court discussed with counsel matters pertaining to jury concerns/issues. The matter addressed and resolved.

3:10 – The Government read stipulation (ECF. 1465) on the record. Counsel for Paul Babichenko, Peter Babichenko, Timofey Babichenko so stipulate on the record.

3:22 – The Jury admonished for the evening recess. The Jury Trial will resume on June 16, 2022, at 9:00 a.m. before Judge B. Lynn Winmill.