## JURY TRIAL – Day 25

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF IDAHO

Judge: B. Lynn Winmill  
Case No: 1:18-cr-258-BLW  
Date: July 13, 2022  
Place: Boise, ID  

Deputy Clerk: Sunny Trumbull  
Reporter: Rebecca Martin  
Time: 9:11 a.m. – 10:36 a.m.  
      10:57 a.m. – 12:17 p.m.  
      12:43 p.m. – 1:53 p.m.  
      2:12 p.m. - 3:26 p.m.  
      Total Time: 5 hr. 9 min.

## UNITED STATES OF AMERICA v. BABICHENKO, et al

Counsel for Government: Kate Horwitz, Justin Whatcott, and Christian Nafzger  
Counsel for Pavel Babichenko: John DeFranco and Barry Flegenheimer  
Counsel for Piotr Babichenko: Paul Riggins and Mike French  
Counsel for Timofey Babichenko: Rob Lewis and Brad Calbo  
Counsel for Kristina Babichenko: Greg Silvey and Jay Kiiha  
Counsel for David Bibikov: Robyn Fyffe and Brian Pugh  
Counsel for Anna Iyerusalimets: Melissa Winberg and Nicole Owens  
Counsel for Mikhail Iyerusalimets: Ellen Smith and Craig Durham

WITNESSES:
    Defense:
1. Kharan Khachturov
2. Derek Ellington (cont'd from 7/12/22)
3. Rich Helfrich

EXHIBITS:
    Defense: 15104-15108, 15302-15319, 15207-15209, 15211, 15212, 51214

9:11 a.m. – 9:14 a.m. – Outside presence of jury: Court stated its ruling on the record regarding defense witness/testimony

9:14 a.m. – Jury present: Testimony of defense witness Kharan Khachturov, cont'd testimony of defense witness Derek Ellington

11:06 – 11:21 a.m. - Outside presence of jury: Court and counsel discussed objection to witness testimony, objection overruled

11:21 a.m. – Jury present: Cont'd testimony of defense witness Derek Ellington

2:55 – 2:59 p.m. - Outside presence of jury: Court and counsel discussed witness testimony

2:59 p.m. – Jury present: Cont'd testimony of defense witness Rich Helfrich

3:26 p.m. – Jury admonished and excused for the evening

The Jury Trial will resume July 14, 2022 at 9:00 a.m. before Judge B. Lynn Winmill.