**JURY TRIAL – Day 26**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF IDAHO

Judge: B. Lynn Winmill  Deputy Clerk: Sunny Trumbull
Case No: 1:18-cr-258-BLW  Reporter: Tammy Hohenleitner
Date: July 14, 2022  Time: 9:03 a.m. – 10:12 a.m.
Place: Boise, ID  10:34 a.m. – 12:15 p.m.
 12:42 p.m. – 1:47 p.m.
 2:07 p.m. - 3:29 p.m.
 Total Time: 5 hr. 17 min.

UNITED STATES OF AMERICA v. BABICHENKO, et al

Counsel for Government: Kate Horwitz, Justin Whatcott, and Christian Nafzger
Counsel for Pavel Babichenko: John DeFranco and Barry Flegenheimer
Counsel for Piotr Babichenko: Paul Riggins and Mike French
Counsel for Timofey Babichenko: Rob Lewis and Brad Calbo
Counsel for Kristina Babichenko: Greg Silvey and Jay Kiiha
Counsel for David Bibikov: Robyn Fyffe and Brian Pugh
Counsel for Anna Iyerusalimets: Melissa Winberg and Nicole Owens
Counsel for Mikhail Iyerusalimets: Ellen Smith and Craig Durham

WITNESSES:
  Defense:
  1. Rich Helfrich (cont'd from 7/13/2)
  2. Piotr Babichenko
  3. Neil Shirk

EXHIBITS:
  Defense: 8344, 8358, 8381-8385, 12001, I2-88, 8420

  Government: GI63

10:34 – 10:38 a.m. – Outside presence of jury: Court and counsel discussed defense witness

12:12 – 12:15 p.m – Outside presence of jury: Court and counsel discussed defense exhibit

12:42 – 12:56 p.m. – Outside presence of jury: Court and counsel discussed witness testimony

2:39 – 2:43 p.m. - Outside presence of jury: Court and counsel discussed witness testimony

The Jury Trial will resume July 15, 2022 at 9:00 a.m. before Judge B. Lynn Winmill.