**JURY TRIAL – Day 27**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| Judge: B. Lynn Winmill | Deputy Clerk: Sunny Trumbull |
| Case No: 1:18-cr-258-BLW | Reporter: Tammy Hohenleitner |
| Date: July 15, 2022 | Time: 9:03 a.m. – 10:05 a.m. |
| Place: Boise, ID | 10:34 a.m. – 12:10 p.m. |
| | 12:39 p.m. – 2:31 p.m. |
| | Total Time: 4 hr. 30 min. |

UNITED STATES OF AMERICA v. BABICHENKO, et al

Counsel for Government: Kate Horwitz, Justin Whatcott, and Christian Nafzger
Counsel for Pavel Babichenko: John DeFranco and Barry Flegenheimer
Counsel for Piotr Babichenko: Paul Riggins and Mike French
Counsel for Timofey Babichenko: Rob Lewis and Brad Calbo
Counsel for Kristina Babichenko: Greg Silvey and Jay Kiiha
Counsel for David Bibikov: Robyn Fyffe and Brian Pugh
Counsel for Anna Iyerusalimets: Melissa Winberg and Nicole Owens
Counsel for Mikhail Iyerusalimets: Ellen Smith and Craig Durham

WITNESSES:
    Defense:
        1. Neil Shirk (cont'd from 7/14/22)
        2. Vito Anthony Favazza
        3. Pavel Babicheko

EXHIBITS:
    Defense: 8476, 8421, 6176, 6178, 6181, 6218, 6219, 6225, 6183

12:45 – 12:48 p.m. - Court and counsel discussed witness testimony outside presence of the jury

1:07 – 1:09 p.m. - Court and counsel discussed witness testimony outside presence of the jury

1:25 – 1:28 p.m. - Court and counsel took up a matter outside presence of the jury

The Jury Trial will resume July 18, 2022 at 9:00 a.m. before Judge B. Lynn Winmill.