**JURY TRIAL – Day 28**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF IDAHO

Judge: B. Lynn Winmill       Deputy Clerk: Jamie Gearhart
Case No: 1:18-cr-258      Reporter: Tammy Hohenleitner
Date: July 18, 2022      Time: 9:10 – 10:28 a.m. (1 hour and 18 minutes)
Place: Boise      10:49 – 12:17 p.m. (1 hour and 28 minutes)
     12:45 – 1:50 p.m. (1 hour and 5 minutes)
     2:11 – 3:25 p.m. (1 hour and 14 minutes)
     Total time: 5 hours and 5 minutes

UNITED STATES OF AMERICA v. BABICHENKO, et al

Counsel for Government: Kate Horwitz, Justin Whatcott, and Christian Nafzger
Counsel for Pavel Babichenko: John DeFranco and Barry Flegenheimer
Counsel for Piotr Babichenko: Paul Riggins and Mike French
Counsel for Timofey Babichenko: Rob Lewis and Brad Calbo
Counsel for Kristina Babichenko: Greg Silvey and Jay Kiiha
Counsel for David Bibikov: Robyn Fyffe and Brian Pugh
Counsel for Anna Iyerusalimets: Melissa Winberg and Nicole Owens
Counsel for Mikhail Iyerusalimets: Ellen Smith and Craig Durham

9:10 – 9:20 a.m. - Matters addressed outside the presence of the jury. Pavel Babichenko, Piotr Babichenko, Timofey Babichenko, Kristina Babichenko, David Bibikov, Anna Iyerusalimets, Mikhail Iyersualimets, and the Government waived their right to a jury trial regarding forfeiture matters. Any forfeiture matters will be decided by the Court.

9:20 a.m. – Jury present

WITNESSES
     **Defendant**:
         1. Pavel Babichenko

EXHIBITS
     **Government**: 3005.21A (by defendant Paul Babichenko), 3005.34 (by defendant Paul Babichenko), and 3005.36 (by defendant Paul Babichenko)

     **Defendant**: 6166, 6217, 6208A, 6234, 6229, and 6232

3:09 p.m. – Jury admonished for the evening recess. The Court took up matters without the jury being present. The Court GRANTED the Rule 29 Motions as to Counts 21 and 23 as stated on the record. The Court partially GRANTED the Rule 29 Motion as to Count 30 for the phone, but not as to the battery.

The Jury Trial will resume July 19, 2022 at 9:00 a.m. before Judge B. Lynn Winmill.

3:25 p.m. – Court adjourned for the day