**JURY TRIAL – Day 29**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| Judge: B. Lynn Winmill | Deputy Clerk: Jamie Gearhart |
| Case No: 1:18-cr-258 | Reporter: Tammy Hohenleitner |
| Date: July 19, 2022 | Time: 9:05 – 10:19 a.m. (1 hour and 14 minutes) |
| Place: Boise | 10:40 – 12:18 p.m. (1 hour and 38 minutes) |
| | 12:42 – 1:55 p.m. (1 hour and 13 minutes) |
| | 2:14 – 2:25 p.m. (11 minutes) |
| | 2:36 – 2:47 p.m. (11 minutes) |
| | 4:33 – 4:42 p.m. (9 minutes) |
| | Total time: 4 hours and 36 minutes |

UNITED STATES OF AMERICA v. BABICHENKO, et al

Counsel for Government: Kate Horwitz, Justin Whatcott, and Christian Nafzger
Counsel for Pavel Babichenko: John DeFranco and Barry Flegenheimer
Counsel for Piotr Babichenko: Paul Riggins and Mike French
Counsel for Timofey Babichenko: Rob Lewis and Brad Calbo
Counsel for Kristina Babichenko: Greg Silvey and Jay Kiiha
Counsel for David Bibikov: Robyn Fyffe and Brian Pugh
Counsel for Anna Iyerusalimets: Melissa Winberg and Nicole Owens
Counsel for Mikhail Iyerusalimets: Ellen Smith and Craig Durham

WITNESSES
    **Defendant**:
        1. Pavel Babichenko (continued from 7/18/2022)
        2. David Howell

EXHIBITS
    **Government**: 3005.55, 3221.51, 3221.56, and 3005.48

Pavel Babichenko rests.
Piotr Babichenko rests.
Timofey Babichenko rests.
Kristina Babichenko rests.
Anna Iyerusalimets rests.
Mikhail Iyerusalimets rests.
Government rests.

2:25 p.m. – Jury admonished for the evening recess. The Court will reconvene with jury instructions and closing arguments on July 21, 2022 at 9:00 a.m.

2:36 – 2:47 p.m. – Matters taken up outside the presence of the jury. The Court GRANTED the Motions for Acquittal as to Counts 21 and 23. The Court partially GRANTED the Motion for Acquittal as to Count 28 insofar as it refers to the phone, but DENIED it as to the charger. The Court partially GRANTED the Motion for Acquittal as to Count 30 for the phone, but DENIED as to the battery.

Defendants renewed their Rule 29 Motions. The Court DENIED such motions.

4:33 – 4:42 p.m. – The Court conducted the jury instruction conference.