UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| UNITED STATES OF AMERICA, | Case No. 1:18-cr-00258-BLW |
|---|---|
| Plaintiff, | **VERDICT** |
| v. | |
| MICHAEL IYERUSALIMETS, | |
| Defendant. | |

We, the jury in the above action, unanimously find as follows:

**Question 1**: As to **Count 1** of the Indictment, charging the defendant with conspiracy to commit wire fraud, in violation of 18 U.S.C. §§ 1349 and 1343, the defendant is:

_____     \_\_\_\_X\_\_\_\_\_
Not Guilty            Guilty

**Question 2**: As to **Count 2** of the Indictment, charging the defendant with use of interstate wire communications to advertise, sell, and cause the purchase of a counterfeit Samsung charger listed as "authentic" on Amazon.com on or about March 7, 2016, in violation of 18 U.S.C. § 1343, the defendant is:

_____     \_\_\_\_X\_\_\_\_\_
Not Guilty            Guilty

**Question 3**: As to **Count 3** of the Indictment, charging the defendant with use of interstate wire communications to advertise, sell, and cause the purchase of counterfeit goods listed as "new" on eBay.com on or about March 14, 2016, in violation of 18 U.S.C. § 1343, the defendant is:

_____       __X_____
Not Guilty             Guilty

*If you found the defendant guilty of Count 3, proceed to answer question 4. If you found the defendant not guilty, skip question 4, and proceed to question 5.*

**Question 4:** In finding the defendant guilty of Count 3, indicate which counterfeit goods you determined were advertised and sold, with all of you agreeing as to which particular goods were advertised and sold and that those particular goods were counterfeit:

__X__ Apple iPhone
__X__ Samsung charger

**Question 5**: As to **Count 11** of the Indictment, charging the defendant with use of the United States Postal Service to send and deliver a counterfeit Samsung charger on or about March 7, 2016, in violation of 18 U.S.C. § 1341, the defendant is:

_____       __X_____
Not Guilty             Guilty

**Question 6**: As to **Count 12** of the Indictment, charging the defendant with use of the United States Postal Service to send and deliver counterfeit goods on or about March 14, 2016, in violation of 18 U.S.C. § 1341, the defendant is:

_____        ___X___
Not Guilty            Guilty

*If you found the defendant guilty of Count 12, proceed to answer question 7. If you found the defendant not guilty, skip question 7, and proceed to question 8.*

**Question 7**: In finding the defendant guilty of Count 12, indicate which counterfeit goods you determined were sent through the United States Postal Service, with all of you agreeing as to which particular goods were mailed and that those particular goods were counterfeit:

___X___ Apple iPhone
___X___ Samsung charger

**Question 8**: As to **Count 20** of the Indictment, charging the defendant with conspiracy to traffic in counterfeit goods, labels, or packaging, in violation of 18 U.S.C. § 2320, the defendant is:

_____        ___X___
Not Guilty            Guilty

*If you found the defendant guilty of Count 20, proceed to answer question 9. If you found the defendant not guilty, skip question 9, and proceed to question 10.*

**Question 9**: In finding the defendant guilty of Count 20, indicate which items you determined the defendant conspired to traffic, with all of you agreeing as to which items and that those particular items were counterfeit:

    _X_ Goods
    _X_ Labels
    _X_ Packaging

**Question 10**: As to **Count 25** of the Indictment, charging the defendant with trafficking in counterfeit goods on or about March 14, 2016, in violation of 18 U.S.C. § 2320, the defendant is:

    _____ Not Guilty      _X_ Guilty

*If you found the defendant guilty of Count 25, proceed to answer question 11. If you found the defendant not guilty, skip question 11 and proceed to question 12.*

**Question 11:** In finding the defendant guilty of Count 25, indicate which counterfeit goods you determined were trafficked, with all of you agreeing as to which particular goods were trafficked and that those particular goods were counterfeit:

    _X_ Apple iPhone
    _X_ Samsung charger

**Question 12**: As to **Count 26** of the Indictment, charging the defendant with trafficking in counterfeit goods – specifically a Samsung charger – on or about March 7, 2016, in violation of 18 U.S.C. § 2320, the defendant is:

_____ Not Guilty    ___X___ Guilty

_8/1/2022_
DATE

_____
FOREPERSON