UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>PAVEL BABICHENKO,<br>PIOTR BABICHENKO,<br>TIMOFEY BABICHENKO,<br>DAVID BIBIKOV, and<br>MIKHAIL IYERUSALIMETS,<br><br>    Defendants. | Case No. 1:18-cr-00258-BLW<br><br>**BRIEFING ORDER** |

Based on the parties' briefing (Dkt. 1633 & 1634) and a status conference conducted on September 16, 2022, IT IS ORDERED that:

1. **Forfeiture Briefing**.

   a. The Government has represented that it can argue the nexus of forfeitable property to the crimes based almost entirely on citations to the evidence admitted during trial. *See* Dkt. 1633 at 4. Accordingly, the Court orders the government to submit a substantive forfeiture brief by **October 17, 2022**. This brief must separately address forfeiture, with particularity, as it relates to each individual defendant.

Thus, for each defendant, the government must separately list: (1) the particular items of property sought to be forfeited; and (2) the nexus between each item of property and that particular defendant's criminal activity. This brief shall also set out, for each defendant any money judgment or substitute assets the government seeks.

    b. Each defendant is ordered to file a response by **November 18, 2022**.

    c. The Court will not set any page limits on this forfeiture briefing but reminds the parties that it appreciates brevity.

2. **Forfeiture Hearing Dates** will remain as set.

    a. January 24 at 9:00 am—Piotr Babichenko

    b. January 25 at 9:00 am—Timofey Babichenko

    c. January 25 at 1:30 pm—David Bibikov

    d. January 26 at 9:00 am—Mikhail Iyerusalimets

    e. January 26 at 1:30 pm—Pavel Babichenko

3. **Interim Deadlines**

    a. The Government is ordered to disclose its exhibits and witnesses for forfeiture hearings by **December 5, 2022**.

    b. The Defense is ordered to disclosure their exhibits and witnesses for forfeiture hearings by **January 2, 2023**.

c. The parties may submit supplemental forfeiture briefs by **January 13, 2023**. The typical page limitations will apply, but any party wishing to file excess pages may make a motion. This briefing is only for new arguments. The Court does not need the previous, lengthy briefing repeated.

d. The parties shall submit proposed findings of fact and conclusions of law by **February 3, 2023**.

    i. Each defendant will submit their own findings and conclusions.

    ii. The Government will submit separate findings and conclusions for each defendant.

DATED: September 16, 2022

B. Lynn Winmill
U.S. District Court Judge