<u>VIDEO STATUS CONFERENCE</u>

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| Judge: B. Lynn Winmill | Deputy Clerk: Jamie Gearhart |
| Case No: 1:18-cr-258 | Reporter: Tammy Hohenleitner |
| Date: September 16, 2022 | Time: 9:07 – 9:25 a.m. |
| Place: Boise | Total time: 18 minutes |

<u>UNITED STATES OF AMERICA v. BABICHENKO, et al</u>

Counsel for Government: Kate Horwitz, Justin Whatcott, and Bill Humphries
Counsel for Pavel Babichenko: John DeFranco and Barry Flegenheimer
Counsel for Piotr Babichenko: Mike French
Counsel for Timofey Babichenko: Rob Lewis and Brad Calbo
Counsel for David Bibikov: Brian Pugh
Counsel for Mikhail Iyerusalimets: Ellen Smith and Craig Durham

The Court conducted a status conference via Zoom to discuss the following matters:

1. Bill of Particulars,

2. Bifurcation of the Forfeiture Hearings and Sentencings,

3. Forfeiture briefing deadlines (see Briefing Order (Dkt. 1635)), and

4. Unsealing of docket #300.