JOSHUA D. HURWIT
UNITED STATES ATTORNEY
KATHERINE L. HORWITZ, OKLAHOMA STATE BAR NO. 30110
CHRISTIAN S. NAFZGER, IDAHO STATE BAR NO. 6286
JUSTIN WHATCOTT, IDAHO STATE BAR NO. 6444
ASSISTANT UNITED STATES ATTORNEYS
1290 W. MYRTLE STREET, SUITE 500
BOISE, IDAHO 83702
TELEPHONE: (208) 334-1211
FACSIMILE: (208) 334-1413

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>PAVEL BABICHENKO,<br>PIOTR BABICHENKO,<br>TIMOFEY BABICHENKO,<br>DAVID BIBIKOV,<br>MIKHAIL IYERUSALIMETS,<br><br>Defendants. | Case No. 1:18-cr-00258-BLW<br><br>**GOVERNMENT'S EXHIBITS AND WITNESSES FOR PRELIMINARY ORDER OF FORFEITURE** |

In addition to the following forfeiture-specific exhibits, the Government herein incorporates all exhibits—offered by both parties—that were admitted during the trials conducted in June of 2021 and May of 2022. *See* ECF Nos. 1507, 1476, 1162, 1163. Additionally, the Government incorporates all previously offered, but not admitted, exhibits in its filed lists. *See* ECF Nos. 1331, 1485, 1506. As to specific forfeitable property, the following additional forfeiture-specific exhibits are as follows:

| Number | Asset Description | Forfeiture Exhibit Number |
|---|---|---|
| 1.A | Real Property located at 909 North Cole Rd., Boise, Idaho | Exhibit 1.A |
| 1.F | 2016 Lexus LX570 | Exhibit 1.F |
| 1.G | 2012 Jeep Wrangler Rubicon | Exhibit 1.G |
| 1.K | Real Property located at 0 West Chinden Blvd, Meridian, Idaho | Exhibit 1.K |
| 3.K | Real Property located at 2051 West Three Lakes Court, Meridian, Idaho | Exhibit 3.K |
| 3.L | 2015 Ford F-150 | Exhibit 3.L |
| 3.M | 2016 Harley Davidson XL 1200V | Exhibit 3.M |
| 5.A | 2010 Land Rover | Exhibit 5.A |

In addition to these exhibits, the Government anticipates relying on the testimony from both trials in support of its motion for preliminary order of forfeiture. In light of the extensive trial testimony and exhibits, the Court can determine the preliminary order of forfeiture without further testimony. Accordingly, the Government does not anticipate calling a witness at the forfeiture hearing; nevertheless, out of an abundance of caution, the Government notices herein that it may call Special Agent Christopher Sheehan or Erick Akers should the need arise.

Respectfully submitted this 5th day of December, 2022.

JOSHUA D. HURWIT
UNITED STATES ATTORNEY
By:

 */s/ Katherine L. Horwitz*
KATHERINE L. HORWITZ
Assistant United States Attorney

 */s/ Christian Nafzger*
 CHRISTIAN NAFZGER
Assistant United States Attorney

 */s/ Justin Whatcott*
 JUSTIN WHATCOTT
 Assistant United States Attorney

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 5, 2022, the foregoing GOVERNMENT'S EXHIBIT AND WITNESS LIST FOR PRELIMINARY ORDER OF FORFEITURE was electronically filed with the Clerk of the Court using the CM/ECF system, and that a copy was served on the following parties or counsel by:

> JOHN DEFRANCO
> 1031 E. Park Blvd.
> Boise, ID 83712
> jcd@greyhawklaw.com
> *Attorney for Pavel Babichenko*

> PAUL E. RIGGINS
> 380 South 4th Street, Ste. 104
> Boise, ID 83702
> rigginslaw@gmail.com
> *Attorney for Piotr Babichenko*

> ROBYN A. FYFFE
> P.O. Box 5681
> Boise, ID 83705
> robyn@fyffelaw.com
> *Attorney for David Bibikov*

> ELLEN NICHOLE SMITH
> P.O. Box 140857
> Garden City, ID 83714
> ellen@smithhorras.com
> *Attorney for Mikhail Iyerusalimets*

> ROB S. LEWIS
> 913 W. River Street, Ste. 430
> Boise, ID 83702
> office@roblewislaw.com
> *Attorney for Timofey Babichenko*

/s/ Katherine Horwitz
Assistant United States Attorney