# CREDIT APPLICATION

**IMPORTANT: READ THESE DIRECTIONS BEFORE COMPLETING THIS APPLICATION.**    (Purchase / Lease)

Check
Appropriate
Box

☒ If you are applying for individual credit in your own name and are relying on your own income or assets and not the income or assets of another person as the basis for repayment of the credit requested, complete Sections A and C.

☐ If you are married and live in a community property state, complete all Sections providing information in Section B about your spouse. Your spouse should not sign as "Co-applicant."

☐ If this is an application for joint credit with another person, complete all Sections providing information in Section B about the co-applicant.

**NOTE: APPLICANT, IF MARRIED, MAY APPLY FOR A SEPARATE ACCOUNT.**

E-MAIL ADDRESS:

MOBILE PHONE:

| SELLER | STOCK NO. | DATE | AMOUNT REQUESTED |
|---|---|---|---|
| Phillips Auto | 61316 | 07/24/2013 | $ 67,338.70 |

## SECTION A. Information Regarding Applicant

| LAST NAME (PRINT) | FIRST | INITIAL | BIRTHDATE | DRIVER'S LIC. NO. | SOCIAL SECURITY NO. | AGES OF DEPENDENTS | ☒ Married ☐ Unmarried ☐ Separated |
|---|---|---|---|---|---|---|---|
| IYERUSALIMETS | ANNA | | 10/22/1989 | YB340897D Redact -2255 | | | |

| ADDRESS | CITY | STATE | ZIP | HOME PHONE | HOW LONG? |
|---|---|---|---|---|---|
| 9912 W ROSECROFT CT 101, Boise, ID 83704 | | | | Redacted -5674 | 0 YRS. 4 MOS. |

| PREVIOUS ADDRESSES (TO COVER 5 YEARS RESIDENCE) | CITY | STATE | ZIP | HOW LONG? | LIVED IN COMMUNITY? |
|---|---|---|---|---|---|
| 9799 W PREECE ST, Boise, ID 83704 | | | | 3 YRS. 0 MOS. | YRS. MOS. |
| | CITY | STATE | ZIP | HOW LONG? | LIVED IN COMMUNITY? |
| | | | | YRS. MOS. | YRS. MOS. |

| OCCUPATION OR RANK | PRESENT EMPLOYER | ADDRESS | STATE | ZIP | PHONE | HOW LONG? |
|---|---|---|---|---|---|---|
| GM | STAR KC LLC | 962 GREY CLOUD, Boise, ID 83704 Meridian 83642 | | | Redacted -5674 | 0 YRS. 6 MOS. |

| PREVIOUS EMPLOYMENT (TO COVER 5 YEAR HISTORY) | ADDRESS | CITY | STATE | ZIP | PHONE | HOW LONG? |
|---|---|---|---|---|---|---|
| DROID MASTERZ LLC | 1116 VISTA AVE, Boise, ID 83705 | | | | -6847 | 1 YRS. 6 MOS. YRS. MOS. |

| NEAREST RELATIVE NOT LIVING WITH APPLICANT | ADDRESS | CITY | STATE | ZIP | PHONE | RELATIONSHIP |
|---|---|---|---|---|---|---|
| Stanislav Babichenko | 9799 W Preece St Boise ID 83704 | | | | Redacted -0016 | father |

**INCOME:**

Applicant's gross monthly income from employment ........................................................................ $ 12,000.00

Alimony, child support or separate maintenance income need not be revealed if you do not wish to have it considered as a basis for repaying this obligation.

Amount of other monthly income and source(s) ............................................................................... $ N/A

TOTAL MONTHLY INCOME $ 12,000.00

## SECTION B. Information Regarding Co-Applicant or Spouse (for community property states) (Use separate sheets if necessary.)

| LAST NAME (PRINT) | FIRST | INITIAL | BIRTHDATE | DRIVER'S LIC. NO. | SOCIAL SECURITY NO. | RELATIONSHIP TO APPLICANT | AGES OF DEPENDENTS | ☐ Married ☐ Unmarried ☐ Separated |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

| ADDRESS | CITY | STATE | ZIP | PHONE | HOW LONG? |
|---|---|---|---|---|---|
| | | | | | YRS. MOS. |

| PREVIOUS ADDRESSES (TO COVER 5 YEARS RESIDENCE) | CITY | STATE | ZIP | HOW LONG? | LIVED IN COMMUNITY? |
|---|---|---|---|---|---|
| | | | | YRS. MOS. | YRS. MOS. |
| | CITY | STATE | ZIP | HOW LONG? | LIVED IN COMMUNITY? |
| | | | | YRS. MOS. | YRS. MOS. |

| OCCUPATION OR RANK | PRESENT EMPLOYER | ADDRESS | CITY | STATE | ZIP | PHONE | HOW LONG? |
|---|---|---|---|---|---|---|---|
| | | | | | | | YRS. MOS. |

| PREVIOUS EMPLOYMENT (TO COVER 5 YEAR HISTORY) | ADDRESS | CITY | STATE | ZIP | PHONE | HOW LONG? |
|---|---|---|---|---|---|---|
| | ADDRESS | CITY | STATE | ZIP | PHONE | HOW LONG? |
| | | | | | | YRS. MOS. |

| NEAREST RELATIVE NOT LIVING WITH APPLICANT | ADDRESS | CITY | STATE | ZIP | PHONE | RELATIONSHIP |
|---|---|---|---|---|---|---|
| | | | | | | |

**INCOME:**

Joint Applicant's gross monthly income from employment ................................................................. $ N/A

Alimony, child support or separate maintenance income need not be revealed if you do not wish to have it considered as a basis for repaying this obligation.

Amount of other monthly income and source(s) ............................................................................... $ N/A

TOTAL MONTHLY INCOME $ N/A

## SECTION C. Asset and Debt Information: List All Debts Including Alimony, Child Support, Separate Maintenance. (Use a Separate Page If Necessary.)

(If Section B has been completed, this Section should be completed giving information about both the Applicant and Joint Applicant or Spouse (for community property states).
Please mark Applicant-related information with an "A". If Section B was not completed, only give information about the Applicant in this Section.)

| LANDLORD OR MORTGAGE HOLDER | ADDRESS | ACCOUNT NO. | MORTGAGE BALANCE | PYMNT. OR RENT |
|---|---|---|---|---|
| OWN ☐ RENT ☐ | | | $ | $ 950.00 |

| DATE HOME PURCHASED | AGE OF HOME | PRICE PAID FOR HOME | MARKET VALUE | 2nd MORTGAGE AMOUNT | PAYMENT |
|---|---|---|---|---|---|
| | | | $ | $ | $ |

| TYPE OF CREDIT | COMPANY NAME OF ALL OBLIGATIONS | ACCOUNT NO. | | ADDRESS | CITY | STATE | ZIP | BALANCE | MNTH | MONTHLY PYMTS OR DATE CLOSED |
|---|---|---|---|---|---|---|---|---|---|---|
| | | ☐ OPEN ☐ CLOSED | | | | | | $ | $ | $ |
| | | ☐ OPEN ☐ CLOSED | | ADDRESS | CITY | STATE | ZIP | $ | $ | |

| PRESENT VEHICLE FINANCED BY / LEASED BY: | ACCOUNT NO. | | ADDRESS | CITY | STATE | ZIP | $ |
|---|---|---|---|---|---|---|---|
| | | ☐ OPEN ☐ CLOSED | | | | | |

| BANK REFERENCE | ACCOUNT NO. | | BRANCH / ADDRESS | ☐ CHECKING ☒ SAVINGS | BALANCE |
|---|---|---|---|---|---|
| US Bank | | ☐ OPEN ☐ CLOSED | | | $ |

| HAVE YOU EVER HAD ANY PROPERTY REPOSSESSED? | ☐ YES ☒ NO | DO YOU HAVE ANY LAW SUITS PENDING AGAINST YOU? | ☐ YES ☒ NO | HAVE YOU EVER FILED BANKRUPTCY OR IS A BANKRUPTCY PROCEEDING IN PROGRESS OR EXPECTED? | ☐ YES ☒ NO | MILITARY RESERVE? | ☐ YES ☒ NO | ☐ ACTIVE ☐ INACTIVE |
|---|---|---|---|---|---|---|---|---|

| PERSONAL FRIENDS KNOWN OVER ONE YEAR: | ADDRESS | CITY | STATE | ZIP | PHONE |
|---|---|---|---|---|---|
| 1. Inna Vyazhevich | | | | Redacted | -8048 |
| 2. Leva Manchik | ADDRESS | CITY | STATE | ZIP | -9907 |

FAIR CREDIT REPORTING ACT DISCLOSURE: This application for credit sale may be considered by the dealer as to whether it meets purchase requirements. OHIO RESIDENTS: The Ohio laws against discrimination require that all creditors make credit equally available to all credit worthy customers, and that credit reporting agencies maintain separate credit histories on each individual upon request. The Ohio Civil Rights Commission administers compliance with this law. MAINE, NEW YORK, RHODE ISLAND RESIDENTS: A consumer credit report may be requested in connection with this application or in connection with updates, renewals, extensions, or enforcements of any credit granted as a result of this application. Upon your request you will be informed whether or not a consumer credit report was requested, and if so, the name and address of the agency that furnished such report. You have the right to choose the agent and insurer of the insurance required by this transaction, but the insurer must be approved by the creditor. NEW HAMPSHIRE RESIDENTS: If you are applying for a balloon payment contract, you are entitled to receive a written estimate of the monthly payment amount, before you enter into a balloon payment contract, for refinancing the balloon payment in accord with the creditor's existing refinance programs. A balloon contract is an installment sale contract with a final scheduled payment that is at least twice the amount of one of the earlier scheduled equal periodic installment payments. VERMONT RESIDENTS: You authorize Dealer and any financial service provider with whom this application is shared, to obtain and verify information about you that may deem necessary or appropriate in evaluating your application. If your application is approved and credit granted, you also authorize the creditor to obtain additional credit reports and other information about you in connection with reviewing the account, increasing the credit line, taking collection action, or any other legitimate purposes. MARRIED WISCONSIN RESIDENTS: No provision of a marital property agreement, a unilateral settlement agreement under Wis. Stat. §766.59, or a court decree under Wis. Stat. §766.70 adversely affects the interest of the creditor unless the creditor, prior to the time the credit is granted, is furnished a copy of the agreement, statement of decree, or has actual knowledge of the adverse provision.

**INSURANCE — IF YOU WISH TO APPLY FOR VEHICLE INSURANCE IN CONNECTION WITH THIS CREDIT APPLICATION, COMPLETE THE FOLLOWING:**

Notice: No person is required as a condition pursuant to financing the purchase of a motor vehicle to purchase insurance through a particular insurance company, agent or broker.

| PREVIOUS INSURANCE CO. OR AGENT (NAME AND ADDRESS) | PHONE | WHERE WILL VEHICLE BE GARAGED? | POLICY NO. |
|---|---|---|---|

| Has your insurance ever been cancelled by any company? | ☐ YES IF YES, WHY? ☐ NO | | NO. OF INSURANCE LOSSES IN PAST 5 YEARS | TOTAL AMOUNT OF LOSSES $ |
|---|---|---|---|---|

You agree that we and any assignee of the financing contract or lease may monitor and record telephone calls regarding your account to assure the quality of our service or for other reasons. You agree that we and our assignees may try to contact you in writing, by e-mail, or using prerecorded/artificial voice messages, text messages, and automatic telephone dialing systems, as the law allows. You also agree that we and our assignees may try to contact you in these and other ways at any address or telephone number you provide us, even if the telephone number is a cell phone number or the contact results in a charge to you. You (1) make the above representations, which are certified correct, for the purpose of securing credit; (2) authorize us, affiliated entities, and financial institutions to whom we submit your application (hereinafter "Financial Institutions") to obtain consumer credit reports and to gather employment history as necessary and appropriate to determine your creditworthiness; (3) understand that we or the Financial Institutions will retain this application whether or not it is approved, and that it is your responsibility to update changes of name, address or employment.

You are notified pursuant to the Fair Credit Reporting Act, that your application may be submitted to the financial institutions named below or to other Financial Institutions.

FINANCIAL INSTITUTION(S) _____

ADDRESSES _____

PURCHASER HEREBY ACKNOWLEDGES RECEIPT OF A COPY OF THIS CREDIT APPLICATION.

APPLICANT
X _____
APPLICANT'S SIGNATURE

CO-APPLICANT
X _____
CO-APPLICANT'S SIGNATURE

Provider of this form makes no warranty, expressed or implied, as to content or fitness of this form. Consult your own legal

: data consultants

DC-FORM NO. CRDAPP06 (Rev.06/16) ©

**GOVERNMENT EXHIBIT**
**Asset Forfeiture**
**CR-18-0258**

**5.A**

BABICHENKO-108033

Dealer Number __15634__    Contract Number _____    R.O.S. Number _____    Stock Number __61516__

| Buyer Name and Address   208 215-5674 (Including County and Zip Code) ANNA IYERUSALIMETS 9912 W ROSECROFT CT 101 Boise, ID, Ada, 83704 | Co-Buyer Name and Address (Including County and Zip Code) | Seller-Creditor (Name and Address) Phillips Auto 1220 West Coast Highway Newport Beach, CA, 92663 (949) 574-7777 |
|---|---|---|

You, the Buyer (and Co-Buyer, if any), may buy the vehicle below for cash or on credit. By signing this contract, you choose to buy the vehicle on credit under the agreements on the front and back of this contract. You agree to pay the Seller - Creditor (sometimes "we" or "us" in this contract) the Amount Financed and Finance Charge in U.S. funds according to the payment schedule below. We will figure your finance charge on a daily basis. The Truth-In-Lending Disclosures below are part of this contract.

| New Used | Year | Make and Model | Odometer | Vehicle Identification Number | Primary Use For Which Purchased |
|---|---|---|---|---|---|
| USED | 2010 | Land Rover Range Rover | 39259 | SALMP1E40AA307980 | Personal, family or household unless otherwise indicated below. ☐ business or commercial |

## FEDERAL TRUTH-IN-LENDING DISCLOSURES

| ANNUAL PERCENTAGE RATE The cost of your credit as a yearly rate. | FINANCE CHARGE The dollar amount the credit will cost you. | Amount Financed The amount of credit provided to you or on your behalf. | Total of Payments The amount you will have paid after you have made all payments as scheduled. | Total Sale Price The total cost of your purchase on credit, including your down payment of $ 3500.00 is |
|---|---|---|---|---|
| 3.39 % | $ 7280.66 (e) | $ 67338.70 | $ 74619.36 (e) | $ 78119.36 (e) |

(e) means an estimate

YOUR PAYMENT SCHEDULE WILL BE:

| Number of Payments: | Amount of Payments: | When Payments Are Due: |
|---|---|---|
| One Payment of | N/A | |
| One Payment of | N/A | |
| One Payment of | N/A | |
| 71 | 1036.38 | Monthly beginning Sep 07 2013 |
| | N/A | |
| One final payment | 1036.38 | Aug 07 2019 |

Late Charge. If payment is not received in full within 10 days after it is due, you will pay a late charge of 5% of the part of the payment that is late.
Prepayment. If you pay off all your debt early, you may be charged a minimum finance charge.
Security Interest. You are giving a security interest in the vehicle being purchased.
Additional Information: See this contract for more information including information about nonpayment, default, any required repayment in full before the scheduled date, minimum finance charges, and security interest.

ITEMIZATION OF THE AMOUNT FINANCED (Seller may keep part of the amounts paid to others.)

1. Total Cash Price    $ 63480.00 (A)
   A. Cash Price of Motor Vehicle and Accessories    $ 63480.00
      1. Cash Price Vehicle    $ _____
      2. Cash Price Accessories    $ N/A
      3. Other (Nontaxable)    N/A
         Describe _____    $ _____
         Describe _____    $ N/A
   B. Document Processing Charge (not a governmental fee)    $ 65.00 (B)
   C. Emissions Testing Charge (not a governmental fee)    $ N/A (C)
   D. (Optional) Theft Deterrent Device (to whom paid) _____    $ N/A (D)
   E. (Optional) Theft Deterrent Device (to whom paid) _____    $ N/A (E)
   F. (Optional) Theft Deterrent Device (to whom paid) _____    $ N/A (F)
   G. (Optional) Surface Protection Product (to whom paid) _____    $ N/A (G)
   H. (Optional) Surface Protection Product (to whom paid) _____    $ N/A (H)
   I. EV Charging Station (to whom paid) _____    $ N/A (I)
   J. Sales Tax (on taxable items in A through I)    $ 3812.70 (J)
   K. Electronic Vehicle Registration or Transfer Charge (not a governmental fee) (to whom paid) _____    $ N/A (K)
   L. (Optional) Service Contract (to whom paid) SAFE DRIVE    $ 3481.00 (L)
   M. (Optional) Service Contract (to whom paid) N/A    $ N/A (M)
   N. (Optional) Service Contract (to whom paid) N/A    $ N/A (N)
   O. (Optional) Service Contract (to whom paid) N/A    $ N/A (O)
   P. (Optional) Service Contract (to whom paid) N/A    $ N/A (P)
   Q. Prior Credit or Lease Balance paid by Seller to _____ (see downpayment and trade-in calculation) N/A    (e) $ N/A (Q)
   R. (Optional) Gap Contract (to whom paid) _____    $ N/A (R)
   S. (Optional) Used Vehicle Contract Cancellation Option Agreement _____    $ N/A (S)
   T. Other (to whom paid) _____    $ N/A (T)
      For _____
      Total Cash Price (A through T)    $ 70838.70 (1)

2. Amounts Paid to Public Officials
   A. Vehicle License Fees    ESTIMATED    $ N/A (A)
   B. Registration/Transfer/Titling Fees    $ N/A (B)
   C. California Tire Fees    $ N/A (C)
   D. Other _____    $ N/A (D)
   Total Official Fees (A through D)    $ N/A (2)

## STATEMENT OF INSURANCE

NOTICE. No person is required as a condition of financing the purchase of a motor vehicle to purchase or negotiate any insurance through a particular insurance company, agent or broker. You are not required to buy any other insurance to obtain credit. Your decision to buy or not buy other insurance will not be a factor in the credit approval process.

### Vehicle Insurance

| | | Term | Premium |
|---|---|---|---|
| $ N/A Ded. Comp., Fire & Theft | | Mos. $ N/A | N/A |
| $ N/A Ded. Collision | | Mos. $ | N/A |
| Bodily Injury $ N/A Limits | | N/A Mos. $ | N/A |
| Property Damage $ N/A Limits | | Mos. $ | N/A |
| Medical | | Mos. $ | N/A |
| | | Mos. $ | N/A |
| Total Vehicle Insurance Premiums | | | $ N/A |

UNLESS A CHARGE IS INCLUDED IN THIS AGREEMENT FOR PUBLIC LIABILITY OR PROPERTY DAMAGE INSURANCE, PAYMENT FOR SUCH COVERAGE IS NOT PROVIDED BY THIS AGREEMENT.

You may buy the physical damage insurance this contract requires (see back) from anyone you choose who is acceptable to us. You are not required to buy any other insurance to obtain credit.

Buyer X _____
Co-Buyer _____
Seller X _____

If any insurance is checked below, policies or certificates from the named insurance companies will describe the terms and conditions.

### Application for Optional Credit Insurance

☐ Credit Life: ☐ Buyer ☐ Co-Buyer ☐ Both
☐ Credit Disability (Buyer Only)

| | Term | Exp. | Premium |
|---|---|---|---|
| Credit Life | Mos. | | $ |
| Credit Disability | Mos. | | $ |
| Total Credit Insurance Premiums | | | $ (b) |

Insurance Company Name _____

Home Office Address _____

Credit life insurance and credit disability insurance are not required to obtain credit. Your decision to buy or not buy credit life and credit disability insurance will not be a factor in the credit approval process. They will not be provided unless you sign and agree to pay the extra cost. Credit life insurance is based on your original payment schedule. This insurance may not pay all you owe on this contract if you make late payments. Credit disability insurance does not cover any increase in your payment or in the number of payments. Coverage for credit life insurance and credit disability insurance ends on the original due date for the last payment unless a different term for the insurance is shown above.

You are applying for the credit insurance marked above. Your signature below means that you agree that: (1) You are not eligible for insurance if you have reached your 65th birthday. (2) You are eligible for disability insurance only if you are working for wages or profit 30 hours a week or more on the Effective Date. (3) Only the Primary Buyer is eligible for disability insurance. DISABILITY INSURANCE MAY NOT COVER CONDITIONS FOR WHICH YOU HAVE SEEN A DOCTOR OR CHIROPRACTOR IN THE LAST 6 MONTHS (Refer to "Total Disabilities Not Covered" in your policy for details).

You want to buy the credit insurance.

Jul 24 2012 N/A
Date   Buyer Signature   Age

Jul 24 2012 N/A
Date   Co-Buyer Signature   Age

OPTIONAL GAP CONTRACT A gap contract (debt cancellation contract) is not required to obtain credit and will not be provided unless you sign below and agree to pay the extra charge. If you choose to buy a gap contract, the charge is shown in item 1R of the Itemization of Amount Financed. See your gap contract for details on the terms and conditions it provides. It is a part of this contract.

Term N/A Mos. N/A
Name of Gap Contract

BABICHENKO-108034

H. (Optional) Surface Protection Product (to whom paid) _____ $_____ N/A (H)

I. EV Charging Station (to whom paid) _____ $_____ N/A (I)

J. Sales Tax (on taxable items in A through I) _____ $ 3812.70 (J)

K. Electronic Vehicle Registration or Transfer Charge
(not a governmental fee) (to whom paid) _____ SAFE DRIVE $_____ N/A (K)

L. (Optional) Service Contract (to whom paid) _____ N/A $ 3481.00 (L)

M. (Optional) Service Contract (to whom paid) _____ N/A $_____ N/A (M)

N. (Optional) Service Contract (to whom paid) _____ N/A $_____ N/A (N)

O. (Optional) Service Contract (to whom paid) _____ N/A $_____ N/A (O)

P. (Optional) Service Contract (to whom paid) _____ $_____ N/A (P)

Q. Prior Credit or Lease Balance paid by Seller to _____ N/A

(see downpayment and trade-in calculation) (e) $_____ N/A (Q)

R. (Optional) Gap Contract (to whom paid) _____ N/A $_____ N/A (R)

S. (Optional) Used Vehicle Contract Cancellation Option Agreement _____ N/A $_____ N/A (S)

T. Other (to whom paid) _____ $_____ N/A (T)

For _____

Total Cash Price (A through T) _____ $ 70838.70 (1)

2. Amounts Paid to Public Officials

A. Vehicle License Fees _____ ESTIMATED $_____ N/A (A)

B. Registration/Transfer/Titling Fees _____ $_____ N/A (B)

C. California Tire Fees _____ $_____ N/A (C)

D. Other _____ $_____ N/A (D)

Total Official Fees (A through D) _____ $_____ N/A (2)

3. Amount Paid to Insurance Companies
(Total premiums from Statement of Insurance column a + b) _____ $_____ N/A (3)

4. ☐ State Emissions Certification Fee or ☐ State Emissions Exemption Fee _____ $_____ N/A (4)

5. Subtotal (1 through 4) _____ $ 70838.70 (5)

6. Total Downpayment

A. Agreed Trade-In Value Yr _____ Make _____ $_____ N/A (A)
Model _____ Odom _____
VIN _____ ESTIMATED

B. Less Prior Credit or Lease Balance (e) _____ $_____ N/A (B)

C. Net Trade-In (A less B) (indicate if a negative number) _____ $_____ N/A (C)

D. Deferred Downpayment _____ $_____ N/A (D)

E. Manufacturer's Rebate _____ $_____ N/A (E)

F. Other _____ $ 3500.00 (F)

G. Cash _____ $ 3500.00 (G)

Total Downpayment (C through G) _____ $_____ (6)

(If negative, enter zero on line 6 and enter the amount less than zero as a positive number on line 1Q above)

7. Amount Financed (5 less 6) _____ $ 67338.70 (7)

---

**SELLER ASSISTED LOAN**

BUYER MAY BE REQUIRED TO PLEDGE SECURITY FOR THE LOAN, AND WILL BE OBLIGATED FOR THE INSTALLMENT PAYMENTS ON BOTH THIS RETAIL INSTALLMENT SALE CONTRACT AND THE LOAN.

N/A

Proceeds of Loan From: _____

Amount $ N/A   Finance Charge $ N/A

Total $ _____ Payable in _____ N/A

installments of $ _____ $ _____

from this Loan is shown in item 6D.

---

**AUTO BROKER FEE DISCLOSURE**

If this contract reflects the retail sale of a new motor vehicle, the sale is not subject to a fee received by an autobroker from us unless the following box is checked:

☐ Name of autobroker receiving fee, if applicable: N/A

---

insurance and credit disability insurance price on the original due date for the last payment unless a different term for the insurance is shown above.

You are applying for the credit insurance marked above. Your signature below means that you agree that: (1) You are not eligible for insurance if you have reached your 65th birthday. (2) You are eligible for disability insurance only if you are working for wages or profit 30 hours a week or more on the Effective Date. (3) Only the Primary Buyer is eligible for disability insurance. DISABILITY INSURANCE MAY NOT COVER CONDITIONS FOR WHICH YOU HAVE SEEN A DOCTOR OR CHIROPRACTOR IN THE LAST 6 MONTHS (Refer to "Total Disabilities Not Covered" in your policy for details).
You want to buy the credit insurance.

Jul 24 2012 N/A

Date   Buyer Signature   Age

Jul 24 2012 N/A

Date   Co-Buyer Signature   Age

**OPTIONAL GAP CONTRACT** A gap contract (debt cancellation contract) is not required to obtain credit and will not be provided unless you sign below and agree to pay the extra charge. If you choose to buy a gap contract, the charge is shown in item 1R of the Itemization of Amount Financed. See your gap contract for details on the terms and conditions it provides. It is a part of this contract.

Term N/A Mos.   N/A Name of Gap Contract

I want to buy a gap contract.

Buyer Signs X _____

**OPTIONAL SERVICE CONTRACT(S)** You want to purchase the service contract(s) written with the following company(ies) for the term(s) shown below for the charge(s) shown in item 1L,1M, 1N, 1O, and/or 1P.

SAFE DRIVE

1L Company 4B   50000

Term N/A Mos. or _____ Miles

1M Company N/A   N/A

Term N/A Mos. or _____ Miles

1N Company N/A   N/A

Term N/A Mos. or _____ Miles

1O Company N/A   N/A

Term N/A Mos. or _____ Miles

1P Company N/A   N/A

Term N/A Mos. or _____ Miles

Buyer X _____

**HOW THIS CONTRACT CAN BE CHANGED.** This contract contains the entire agreement between you and us relating to this contract. Any change to the contract must be in writing and both you and we must sign it. No oral changes are binding.

Buyer Signs X _____ (signature)

Co-Buyer Signs X _____

---

**SELLER'S RIGHT TO CANCEL** If Buyer and Co-Buyer sign here, the provisions of the Seller's Right to Cancel section on the back giving the Seller the right to cancel if Seller is unable to assign this contract to a financial institution will apply.

X _____ (signature)    X _____
Buyer        Co-Buyer

OPTION: ☐ You pay no finance charge if the Amount Financed, item 7, is paid in full on or before _____ N/A   Year N/A   SELLER'S INITIALS N/A

THE MINIMUM PUBLIC LIABILITY INSURANCE LIMITS PROVIDED IN LAW MUST BE MET BY EVERY PERSON WHO PURCHASES A VEHICLE. IF YOU ARE UNSURE WHETHER OR NOT YOUR CURRENT INSURANCE POLICY WILL COVER YOUR NEWLY ACQUIRED VEHICLE IN THE EVENT OF AN ACCIDENT, YOU SHOULD CONTACT YOUR INSURANCE AGENT.

WARNING:

YOUR PRESENT POLICY MAY NOT COVER COLLISION DAMAGE OR MAY NOT PROVIDE FOR FULL REPLACEMENT COSTS FOR THE VEHICLE BEING PURCHASED. IF YOU DO NOT HAVE FULL COVERAGE, SUPPLEMENTAL COVERAGE FOR COLLISION DAMAGE MAY BE AVAILABLE TO YOU THROUGH YOUR INSURANCE AGENT OR THROUGH THE SELLING DEALER. HOWEVER, UNLESS OTHERWISE SPECIFIED, THE COVERAGE YOU OBTAIN THROUGH THE DEALER PROTECTS ONLY THE DEALER, USUALLY UP TO THE AMOUNT OF THE UNPAID BALANCE REMAINING AFTER THE VEHICLE HAS BEEN REPOSSESSED AND SOLD.

FOR ADVICE ON FULL COVERAGE THAT WILL PROTECT YOU IN THE EVENT OF LOSS OR DAMAGE TO YOUR VEHICLE, YOU SHOULD CONTACT YOUR INSURANCE AGENT.

THE BUYER SHALL SIGN TO ACKNOWLEDGE THAT HE/SHE UNDERSTANDS THESE PUBLIC LIABILITY TERMS AND CONDITIONS.

S/S X _____ (signature)    X _____

Trade-In Payoff Agreement: Seller relied on information from you and/or the lienholder or lessor of your trade-in vehicle to arrive at the payoff amount shown in item 6B of the Itemization of Amount Financed as the "Prior Credit or Lease Balance." You understand that the amount quoted is an estimate.

Seller agrees to pay the payoff amount shown in 6B to the lienholder or lessor of the trade-in vehicle, or its designee. If the actual payoff amount is more than the amount shown in 6B, you must pay the Seller the excess on demand. If the actual payoff amount is less than the amount shown in 6B, Seller will refund to you any overage Seller receives from your prior lienholder or lessor. Except as stated in the "NOTICE" on the back of this contract, any assignee of this contract will not be obligated to pay the Prior Credit or Lease Balance in 6B or any refund.

Buyer Signature X N/A    Co-Buyer Signature X N/A

**Notice to buyer:** (1) Do not sign this agreement before you read it or if it contains any blank spaces to be filled in. (2) You are entitled to a completely filled in copy of this agreement. (3) You can prepay the full amount due under this agreement at any time. (4) If you default in the performance of your obligations under this agreement, the vehicle may be repossessed and you may be subject to suit and liability for the unpaid indebtedness evidenced by this agreement.

If you have a complaint concerning this sale, you should try to resolve it with the seller. Complaints concerning unfair or deceptive practices or methods by the seller may be referred to the city attorney, the district attorney, or an investigator for the Department of Motor Vehicles, or any combination thereof. After this contract is signed, the seller may not change the financing or payment terms unless you agree in writing to the change. You do not have to agree to any change, and it is an unfair or deceptive practice for the seller to make a unilateral change.

Buyer Signature X _____ (signature)    Co-Buyer Signature X _____

**The Annual Percentage Rate may be negotiable with the Seller. The Seller may assign this contract and retain its right to receive a part of the Finance Charge.**

BABICHENKO-108035

**SELLER'S RIGHT TO CANCEL** If Buyer and Co-Buyer sign here, the provisions of the Seller's Right to Cancel section on the back giving the Seller the right to cancel if Seller is unable to assign this contract to a financial institution will apply.

X _Cibelle_
Buyer

X _____
Co-Buyer

**OPTION:** ☐ You pay no finance charge if the Amount Financed, item 7, is paid in full on or before _____ N/A ___, Year N/A SELLER'S INITIALS N/A

THE MINIMUM PUBLIC LIABILITY INSURANCE LIMITS PROVIDED IN LAW MUST BE MET BY EVERY PERSON WHO PURCHASES A VEHICLE. IF YOU ARE UNSURE WHETHER OR NOT YOUR CURRENT INSURANCE POLICY WILL COVER YOUR NEWLY ACQUIRED VEHICLE IN THE EVENT OF AN ACCIDENT, YOU SHOULD CONTACT YOUR INSURANCE AGENT.
WARNING:
YOUR PRESENT POLICY MAY NOT COVER COLLISION DAMAGE OR MAY NOT PROVIDE FOR FULL REPLACEMENT COSTS FOR THE VEHICLE BEING PURCHASED. IF YOU DO NOT HAVE FULL COVERAGE, SUPPLEMENTAL COVERAGE FOR COLLISION DAMAGE MAY BE AVAILABLE TO YOU THROUGH YOUR INSURANCE AGENT OR THROUGH THE SELLING DEALER. HOWEVER, UNLESS OTHERWISE SPECIFIED, THE COVERAGE YOU OBTAIN THROUGH THE DEALER PROTECTS ONLY THE DEALER, USUALLY UP TO THE AMOUNT OF THE UNPAID BALANCE REMAINING AFTER THE VEHICLE HAS BEEN REPOSSESSED AND SOLD.
FOR ADVICE ON FULL COVERAGE THAT WILL PROTECT YOU IN THE EVENT OF LOSS OR DAMAGE TO YOUR VEHICLE, YOU SHOULD CONTACT YOUR INSURANCE AGENT.
THE BUYER SHALL SIGN TO ACKNOWLEDGE THAT HE/SHE UNDERSTANDS THESE PUBLIC LIABILITY TERMS AND CONDITIONS.

S/S X _Cibelle_          X _____

**Trade-In Payoff Agreement:** Seller relied on information from you and/or the lienholder or lessor of your trade-in vehicle to arrive at the payoff amount shown in item 6B of the Itemization of Amount Financed as the "Prior Credit or Lease Balance." You understand that the amount quoted is an estimate.

Seller agrees to pay the payoff amount shown in 6B to the lienholder or lessor of the trade-in vehicle, or its designee. If the actual payoff amount is more than the amount shown in 6B, you must pay the Seller the excess on demand. If the actual payoff amount is less than the amount shown in 6B, Seller will refund to you any overage Seller receives from your prior lienholder or lessor. Except as stated in the "NOTICE" on the back of this contract, any assignee of this contract will not be obligated to pay the Prior Credit or Lease Balance shown in 6B or any refund.

Buyer Signature X N/A          Co-Buyer Signature X N/A

**Notice to buyer:** (1) Do not sign this agreement before you read it or if it contains any blank spaces to be filled in. (2) You are entitled to a completely filled in copy of this agreement. (3) You can prepay the full amount due under this agreement at any time. (4) If you default in the performance of your obligations under this agreement, the vehicle may be repossessed and you may be subject to suit and liability for the unpaid indebtedness evidenced by this agreement.

If you have a complaint concerning this sale, you should try to resolve it with the seller.
Complaints concerning unfair or deceptive practices or methods by the seller may be referred to the city attorney, the district attorney, or an investigator for the Department of Motor Vehicles, or any combination thereof.
After this contract is signed, the seller may not change the financing or payment terms unless you agree in writing to the change. You do not have to agree to any change, and it is an unfair or deceptive practice for the seller to make a unilateral change.

Buyer Signature X _Cibelle_          Co-Buyer Signature X _____

## The Annual Percentage Rate may be negotiable with the Seller. The Seller may assign this contract and retain its right to receive a part of the Finance Charge.

**THERE IS NO COOLING-OFF PERIOD UNLESS YOU OBTAIN A CONTRACT CANCELLATION OPTION**
California law does not provide for a "cooling-off" or other cancellation period for vehicle sales. Therefore, you cannot later cancel this contract simply because you change your mind, decide the vehicle costs too much, or wish you had acquired a different vehicle. After you sign below, you may only cancel this contract with the agreement of the seller or for legal cause, such as fraud. However, California law does require a seller to offer a two-day contract cancellation option on used vehicles with a purchase price of less than forty thousand dollars ($40,000), subject to certain statutory conditions. This contract cancellation option requirement does not apply to the sale of a recreational vehicle, a motorcycle, or an off-highway motor vehicle subject to identification under California law. See the vehicle contract cancellation option agreement for details.

YOU AGREE TO THE TERMS OF THIS CONTRACT. YOU CONFIRM THAT BEFORE YOU SIGNED THIS CONTRACT, WE GAVE IT TO YOU, AND YOU WERE FREE TO TAKE IT AND REVIEW IT. YOU CONFIRM THAT YOU RECEIVED A COMPLETELY FILLED-IN COPY WHEN YOU SIGNED IT.

Buyer Signature X _Cibelle_ Date Jul 24 2013   Co-Buyer Signature X _____ Date Jul 24 2013

Co-Buyers and Other Owners — A co-buyer is a person who is responsible for paying the entire debt. An other owner is a person whose name is on the title to the vehicle but does not have to pay the debt. The other owner agrees to the security interest in the vehicle given to us in this contract.

Other Owner Signature X _____          Address _____

**GUARANTY:** To induce us to sell the vehicle to Buyer, each person who signs as a Guarantor individually guarantees the payment of this contract. If Buyer fails to pay any money owing on this contract, each Guarantor must pay it when asked. Each Guarantor will be liable for the total amount owing even if other persons also sign as Guarantor, and even if Buyer has a complete defense to Guarantor's demand for reimbursement. Each Guarantor agrees to be liable even if we do one or more of the following: (1) give the Buyer more time to pay one or more payments; (2) give a full or partial release to any other Guarantor; (3) release any security; (4) accept less from the Buyer than the total amount owing; or (5) otherwise reach a settlement relating to this contract or extend the contract. Each Guarantor acknowledges receipt of a completed copy of this contract and guaranty at the time of signing.

Guarantor waives notice of acceptance of this Guaranty, notice of the Buyer's non-payment, non-performance, and default; and notices of the amount owing at any time, and of any demands upon the Buyer.

Guarantor X N/A          Date _____
Address _____

Guarantor X N/A          Date _____
Address _____

Seller Signs _Phillips Auto_          Date Jul 24 2013          By X _____          Title Manager

LAW FORM NO. 553-CA (REV. 7/13) U.S. PATENT NO. D481,782
©2013 The Reynolds and Reynolds Company TO ORDER: www.reysource.com; 1-800-344-0898; fax 1-800-531-9055
THE PRINTER MAKES NO WARRANTY, EXPRESS OR IMPLIED, AS TO CONTENT OR FITNESS FOR PURPOSE OF THIS FORM. CONSULT YOUR OWN LEGAL COUNSEL.

ORIGINAL LIENHOLDER

BABICHENKO-108036

**Default means:**
- You do not pay any payment on time;
- You give false, incomplete, or misleading information on a credit application;
- You start a proceeding in bankruptcy or one is started against you or your property;
- The vehicle is lost, damaged or destroyed; or
- You break any agreements in this contract.

The amount you will owe will be the unpaid part of the Amount Financed plus the earned and unpaid part of the Finance Charge, any late charges, and any amounts due because you defaulted.

c. **You may have to pay collection costs.** You will pay our reasonable costs to collect what you owe, including attorney fees, court costs, collection agency fees, and fees paid for other reasonable collection efforts. You agree to pay a charge not to exceed $15 if any check you give to us is dishonored.

d. **We may take the vehicle from you.** If you default, we may take (repossess) the vehicle from you if we do so peacefully and the law allows it. If your vehicle has an electronic tracking device, you agree that we may use the device to find the vehicle. If we take the vehicle, any accessories, equipment, and replacement parts will stay with the vehicle. If any personal items are in the vehicle, we may store them for you at your expense. If you do not ask for these items back, we may dispose of them as the law allows.

e. **How you can get the vehicle back if we take it.** If we repossess the vehicle, you may pay to get it back (redeem). You may redeem the vehicle by paying all you owe, or you may have the right to reinstate this contract and redeem the vehicle by paying past due payments and any late charges, providing proof of insurance, and/or taking other action to cure the default. We will provide you all notices required by law to tell you when and how much to pay and/or what action you must take to redeem the vehicle.

take action to collect or foreclose or repossess any collateral you may have given.

If the insurance company accepts your claim but requires that you send in additional forms to remain eligible for continued payments, you should send in these completed additional forms no later than required. If you do not send in these forms on time, the insurance company may stop paying, and we will then be able to take action to collect or foreclose or repossess any collateral you may have given.

### Seller's Right to Cancel

a. Seller agrees to deliver the vehicle to you on the date this contract is signed by Seller and you. You understand that it may take a few days for Seller to verify your credit and assign the contract. You agree that if Seller is unable to assign the contract to any one of the financial institutions with whom Seller regularly does business under an assignment acceptable to Seller, Seller may cancel the contract.

b. Seller shall give you written notice (or in any other manner in which actual notice is given to you) within 10 days of the date this contract is signed if Seller elects to cancel. Upon receipt of such notice, you must immediately return the vehicle to Seller in the same condition as when sold, reasonable wear and tear excepted. Seller must give back to you all consideration received by Seller, including any trade-in vehicle.

c. If you do not immediately return the vehicle, you shall be liable for all expenses incurred by Seller in taking the vehicle from you, including reasonable attorney's fees.

d. While the vehicle is in your possession, all terms of the contract, including those relating to use of the vehicle and insurance for the vehicle, shall be in full force and you shall assume all risk of loss or damage to the vehicle. You must pay all reasonable costs for repair of any damage to the vehicle until the vehicle is returned to Seller.

**NOTICE: ANY HOLDER OF THIS CONSUMER CREDIT CONTRACT IS SUBJECT TO ALL CLAIMS AND DEFENSES WHICH THE DEBTOR COULD ASSERT AGAINST THE SELLER OF GOODS OR SERVICES OBTAINED PURSUANT HERETO OR WITH THE PROCEEDS HEREOF. RECOVERY HEREUNDER BY THE DEBTOR SHALL NOT EXCEED AMOUNTS PAID BY THE DEBTOR HEREUNDER.**

The preceding NOTICE applies only to goods or services obtained primarily for personal, family or household use. In all other cases, Buyer will not assert against any subsequent holder or assignee of this contract any claims or defenses the Buyer (debtor) may have against the Seller, or against the manufacturer of the vehicle or equipment obtained under this contract.

Seller assigns its interest in this contract to ___ (Assignee) at (address) under the terms of Seller's agreement(s) with Assignee.

Phillips Auto
1220 West Coast Hwy
Newport Beach, CA 92663

☐ Assigned with recourse   ☐ Assigned without recourse   ☐ Assigned with limited recourse

Seller ___ By ___ Title ___

Form No. 553-CA 7/13

**BABICHENKO-108037**

License Plate # N/A

Stock #61316
Jul 29, 2013

# Lending/Suggested Retail Breakdown
# Kelley Blue Book
### Effective dates: 7/26/2013-8/1/2013

**2010 Land Rover Range Rover Supercharged Sport Utility 4D......**     **$58,000/$63,300**

### VIN: SALMP1E40AA307980

| | |
|---|---|
| V8, Supercharged, 5.0L.................................................... | Included |
| Automatic, 6-Spd w/Overdrive & CommandShift.............. | Included |
| 4WD................................................................................... | Included |

### *** Equipment ***

| | | | |
|---|---|---|---|
| Autobiography Pkg............. | $0/$0 | Video System............................... | $325/$435 |
| Luxury Pkg........................... | $1,000/$1,335 | Bluetooth Wireless............. | $0/$0 |
| Traction Control................ | $0/$0 | Parking Sensors........................... | $125/$165 |
| Stability Control.............. | $0/$0 | Backup Camera............................. | $150/$200 |
| ABS (4-Wheel)........................... | $0/$0 | Dual Air Bags............................... | $0/$0 |
| Air Conditioning............... | $0/$0 | Side Air Bags................................ | $0/$0 |
| Air Conditioning, Rear........ | $0/$0 | Heated Seats................................ | $0/$0 |
| Power Windows........................... | $0/$0 | Cooled Seats................................ | $0/$0 |
| Power Door Locks............... | $0/$0 | Dual Power Seats............... | $0/$0 |
| Power Steering........................... | $0/$0 | Leather................................... | Included |
| Tilt Wheel.................................. | $0/$0 | Moon Roof................................... | Included |
| AM/FM Stereo........................... | Included | Privacy Glass............................... | $0/$0 |
| CD (Multi Disc)........................... | Included | Bi-HID Headlamps............... | $0/$0 |
| Harman Kardon Sound............ | $325/$435 | Towing Pkg................................... | $300/$400 |
| Sirius Satellite............... | $0/$0 | Oversized Premium Wheels 20"+. | $725/$965 |
| Navigation System.............. | $525/$700 | | |

### Fuel City/Hwy 12/18 MPG

| | |
|---|---|
| Total Value without mileage................................... | $61,475/$67,935 |
| Mileage Adjustment(39,259) miles........................... | $1,175 |
| ***Total Lending/Suggested Retail Value......................................... | $62,650/$69,110 |

### Phillips Auto Brokerage

7/26/2013-8/1/2013 Kelley Blue Book® KARPOWER Online's® values for California 92663.
Values are subjective opinions. Kelley Blue Book assumes no liability for errors or
omissions as to values, manufacturer or dealer information.
©Copyright Kelley Blue Book 2013.All rights reserved.

BABICHENKO-108038