Barry L. Flegenheimer
Washington State Bar No. 11024
Bell Flegenheimer
119 First Avenue South, Suite 500, Seattle, WA 98104
(206) 621-8777
barrylfp@gmail.com

John C. DeFranco
Idaho State Bar No. 4953
Ellsworth, Kallas & DeFranco, PLLC
1031 E. Park Blvd., Boise, ID 83712
(208) 336-1843
jcd@greyhawklaw.com

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | |
| vs. | CASE NO. CR-18-00258-BLW |
| PAVEL BABICHENKO,<br>PIOTR BABICHENKO,<br>TIMOFEY BABICHENKO,<br>DAVID BIBIKOV,<br>MIKHAIL IYERUSALIMETS, | PAUL BABICHENKO'S<br>FORFEITURE HEARING EXHIBIT<br>AND WITNESS DISCLOSURE |
| Defendants. | |

Paul Babichenko, provides the notice of the following exhibits, transcript references, and witnesses for the Court's consideration in making a preliminary order of forfeiture determination.

| Gov Number - Asset Description | Defense Exhibits |
|---|---|
| Various | PSB-004869-4888 2023-01-03 Linscott Declaration Incl Exhibits 1-5 |
| | PSB-004889-4893 2023-01-02 McKnight Declaration |

| | |
|---|---|
| 1.A - 909 N. Cole Rd; Boise, Idaho | D1.A-1 SW_ECF-000318 SW App-Affidavit 909 N. Cole Rd |
| | D1.A-2 SW_ECF-001127 SW Return 909 N. Cole Rd |
| | D1.A-3 BABICHENKO-220291-95 Walliott LLC dba Big Dawg Bail Bonds |
| | D1.A-4 BABICHENKO-292070-84 Walliott LLC dba Big Dawg Bail Bonds |
| | D1.A-5 PSB-004892-4944 2022-12-15 Appraisal-909 N. Cole Rd |
| | Jury Trial 1 Day 25_Pupko Testimony Pgs 4474-4475 |
| | Jury Trial 2 Day 19_Pupko Testimony Pgs 3284-3289 |
| | Trial 1 Gov Ex 1021-CBP Summary Chart |
| | Trial 2 Gov Ex 1300-CBP Summary Chart |
| | Trial 1 Gov Ex 2723 SW_ECF-000392 SW Doc 909 N. Cole Rd. |
| | |
| 1.D and 1.E - Acct No. 8429-Mtn West (Sahara Case) | Trial 1 Gov Ex 2802 ROI 102 Video Files Screen Capture Review of Websites |
| | Jury Trial 1 Day 32_ Piotr Testimony Pgs 6092-6102 and 6115-6120 |
| | Jury Trial 1 Day 33_ Piotr Testimony Pgs 6172-74 |
| | Jury Trial 2 Day 26_ Piotr Testimony Pgs 4771-4882 |
| | Trial 1 Def Ex 8186 REPORTS_FBI_003925_Evidence purchase from Remobile and Sahara Case |
| | Trial 1 Def Ex 8351-8356 PEBAB_000035-40 Sahara Case Service Marks 1-6 |
| | Trial 1 Def Ex 8358 PEBAB_000042 Peter Babichenko Sahara Case Trade Show Photo |
| | Trial 1 Def Ex 8360-8367 PEBAB_000044-51 Sahara Case Patents 1-8 |
| | Trial 1 Def Ex 8368 PEBAB_000052 US Patent Certificate |
| | Trial 1 Def Ex 8369-8370 PEBAB_000053-54 Zerodamage Sahara Case Trademarks |
| | |
| 1.F - 2016 Lexus LX570 | D1.F-1 - PSB-004831-4838 Lexus Loan History 2015-2022 |
| | D1.F-1 - PSB-004831 Lexus Loan History 2015-2022 (Native) |
| | |
| 1.G - 2012 Jeep Wrangler Rubicon | D1.G-1 - PSB-004839-4868 Icon CU Acct Jeep Wrangler Rubicon Loan Stmts-Pymts 2015-2020 |
| | |
| 1.K - 0 W. Chinden | D1.K-1 - PSB-004945-4990 2022-12-19 Appraisal-W Chinden |

| | |
|---|---|
| 1.P - Foreign real property located at Babichencko 171-Rua Julieta Cordeiro de Medeiros, S/N Paratibe, Joao Pessoa/PB | Trial 1 Gov Ex. 1022 BABICHENKO-345482-509 MLAT - Final - Babichenko, Pavel et al<br>Trial 1 Gov Ex. 1023 BABICHENKO-345510-534 RR_MLAT_translation<br>Trial 1 Gov Ex. 1244-1 Wires Summary - Wires to Brazil |
| 1.Q - Foreign real property located at Babichencko II-Rua Julieta Cordeiro de Medeiros, S/N Paratibe, Joao Pessoa/PB | |
| 1.R - Foreign real property located at Babichenko III-Rua Julieta Cordeiro de Medeiros, S/N Paratibe, Joao Pessoa/PB | |
| 1.S - Foreign real property located at Babichenko IV-Rua Julieta Cordeiro de Medeiros, S/N Paratibe Joao Pessoa/PB | |
| 1.T - Foreign real property located at Babichenko V- containing 9 apartments, more or less, at the intersection of Oscar Lopes and Manoel Vieira Gomes street in the Paratibe district | |
| 1.U - Foreign real property located at Babichenko VI- facing Rua Janete Belo do Silva in the neighborhood of Magabeira | |
| 1.V - Foreign real property located at Babichenko VII- facing Rua Joao Robert de Lima in the neighborhood of Mangabeira | |
| | |
| 2 - Money Judgment | Trial 2 Gov Ex. 5801.A-T Seized from Small Warehouse on August 22, 2018: UL and Apple Branded Chargers |
| | Jury Trial 2 Day 18_Caras Testimony Pgs 3050-3054 |
| | Ellington Daubert 05-14-21 Excerpt Pgs 56-102 |

Like the government, Paul Babichenko incorporates all exhibits offered by all parties for the trials conducted in June, 2021 and May 2022. *See* ECF Nos. 1593, 1591,

1507, 1476, 1162, and 1163.  Additionally, Paul Babichenko incorporates all previously offered, but not admitted, exhibits in the party's filed lists.  *See* ECF Nos. 1331, 1333, 1461, 1485, and 1506.  Finally, Paul Babichenko relies on the testimony presented at both trials.

Paul Babichenko does not presently anticipate the need to present witnesses at the forfeiture hearing.  However, Paul Babichenko may call Christopher Linscott and/or Tony McKnight to further discuss their declarations listed above to rebut any additional evidence the Government may introduce.

DATED:  January 3, 2023.

s/ Barry Flegenheimer
s/ John DeFranco
Attorneys for Pavel Babichenko

## CERTIFICATE OF SERVICE

I hereby certify that on January 3, 2023 I filed the foregoing electronically through the CM/ECF system, which caused the parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

Katherine L. Horwitz
Christian S. Nafzger
Joshua D. Hurwit
Justin D. Whatcott
Assistant United States Attorneys
Office of the United States Attorney
1290 West Myrtle Street, Suite 500
Boise, ID 83702
Kate.Horwitz@usdoj.gov
Christian.Nafzger@usdoj.gov
Joshua.hurwit@usdoj.gov
Justin.whatcott@usdoj.gov

Paul E. Riggins
380 South 4th Street, Ste. 104
Boise, ID 83702
rigginslaw@gmail.com

Mike French
BARTLETT & FRENCH PLLP
1002 W. Franklin St.
Boise, Idaho 83702
mike@bartlettfrench.com
*Attorneys for Piotr Babichenko*

Rob S. Lewis
913 W. River Street, Ste. 430
Boise, ID 83702
office@roblewislaw.com

Greg S. Silvey
P.O. Box 5501
Boise, ID 83705
greg@idahoappeals.com
*Attorneys for Timofey Babichenko*

Robyn A. Fyffe
P.O. Box 5681
Boise, ID 83705
robyn@fyffelaw.com

Brian Pugh
Assistant Federal Public Defender
Las Vegas, Nevada
Brian_Pugh@fd.org
*Attorneys for David Bibikov*

Ellen Nichole Smith
P.O. Box 140857
Garden City, ID 83714
ellen@smithhorras.com

Craig Durham
223 N. 6th Street, Suite 325
Boise, ID 83702
chd@fergusondurham.com
*Attorneys for Mikhail Iyerusalimets*

/s/ Melisa Wong