# UNITED STATES DISTRICT COURT
# DISTRICT OF IDAHO
# U.S. DISTRICT JUDGE MINUTE ENTRY

**STATUS CONFERENCE VIA ZOOM:**

U.S. District Judge: B. Lynn Winmill   Date: January 30, 2023
Deputy Clerk/ESR: Kim Tudela   Time: 4:01- 4:25

## UNITED STATES OF AMERICA v. BABICHENKO ET AL
## Case No. 1:18-CR-258-BLW

Counsel for Government: Kate Horwitz, Christian Nafzger, Bill Humphries
Counsel for Paul (Pavel) Babichenko: Barry Flegenheimer, John DeFranco
Counsel for Peter (Piotr) Babichenko: Paul Riggins
Counsel for Tim (Timofey) Babichenko: Rob Lewis, Greg Silvey
Counsel for David Bibikov: Robyn Fyffe, Brian Pugh
Counsel for Mikhail (Michael) Iyerusalimets: Ellen Smith, Craig Durham

The Court conducted a status conference via Zoom to discuss the following matters:

1. Declarations of Christopher Linscott, Tony McKnight, and Janet McHard.
2. Substantial connection test, previously addressed in the pre-hearing briefing.
3. Amazon proceeds
4. Bibikov exhibits

Written decision forthcoming.