# IOS IMESSAGE/SMS/MMS

| CHAT PARTICIPANTS | |
|---|---|
| Number of participants | 2 |
| Display names | +1208573: <br> Local User <59158-3-14.E01> |
| Local user | Local User <59158-3-14.E01> |
| **CONVERSATION DETAILS** | |
| Number of messages | 34 |
| First message sent date/time | 3/30/2016 10:37:19 PM |
| Last message sent date/time | 3/31/2016 12:31:04 AM |
| Case time zone | (UTC) Coordinated Universal Time |

---

**+12085731**  3/30/2016 10:37:19 PM

Hello, this is vadik ilyusha, my mom said you know how to get back on ebay or amazon, can you send me the steps if it's not too much of a hustle?

**Local User <59158-3-14.E01>**  3/30/2016 10:51:35 PM

What do you mean to get back on eBay or Amazon?

**Local User <59158-3-14.E01>**  3/30/2016 10:51:50 PM

You want to open an account or you already have one?

**+120857:**  3/30/2016 11:04:18 PM

(1/2) I have one but my account on amazon and ebay both got shut down, because back then they were selling fake dvds. They saw that my accounts were related to

**+1208573**  3/30/2016 11:04:19 PM

BABICHENKO-336757-002

(2/2) my parents. I don't think I can get back my accounts anymore. I'm just trying to open a new one without getting closed down again

**Local User <59158-3-14.E01>**    3/30/2016 11:14:57 PM

Ok so if your gonna open one r you going to open it like a business? That's probably the only way.

**+1208573**    3/30/2016 11:15:44 PM

Yes. I want to open it like a business account because I don't have any other social security numbers

**Local User <59158-3-14.E01>**    3/30/2016 11:19:27 PM

Ok first think of what your gonna name your business

**Local User <59158-3-14.E01>**    3/30/2016 11:20:55 PM

Then you go online to state of Idaho and get the limited liability form to open a new business

**+1208573**    3/30/2016 11:21:21 PM

Ok

**Local User <59158-3-14.E01>**    3/30/2016 11:21:24 PM

Fill that out. Make sure the address you provide is not an address that you used with any of your previous Amazon accounts

**+1208573**    3/30/2016 11:21:56 PM

So do I need a po box? Or just some random address

**Local User <59158-3-14.E01>**    3/30/2016 11:22:04 PM

So if you used your house address then you will need to open a ups pro box

BABICHENKO-336757-003

BABICHENKO-336757-003

**+1208573**       3/30/2016 11:22:18 PM

Ok

> **Local User <59158-3-14.E01>**       3/30/2016 11:22:26 PM
>
> You can use an house address but not a random house lol

> **Local User <59158-3-14.E01>**       3/30/2016 11:22:39 PM
>
> You will need access to the address you use

**+1208573**       3/30/2016 11:23:35 PM

Ok so once I got that what's next? Do I need a new ip adress, credit card, email

> **Local User <59158-3-14.E01>**       3/30/2016 11:23:50 PM
>
> Then you mail in the limited liability company for to the state with a check of like 100 dollars I think. It will tell you how much. Or you can drive down there and pay for it there

> **Local User <59158-3-14.E01>**       3/30/2016 11:25:00 PM
>
> Ya once you open the business with the state you will need a new laptop or computer that has never had a closed Amazon account on

> **Local User <59158-3-14.E01>**       3/30/2016 11:25:14 PM
>
> Then you will need Internet for it

> **Local User <59158-3-14.E01>**       3/30/2016 11:25:39 PM
>
> To open an account it will cost some money but then you make more money.

**+1208573**       3/30/2016 11:26:15 PM

Ok so far I've got it

BABICHENKO-336757-004

BABICHENKO-336757-004

**Local User <59158-3-14.E01>**                3/30/2016 11:26:34 PM

Ok once you have a new computer and Internet and business opened with the state
then you go to google and type in apply for a ein


**Local User <59158-3-14.E01>**                3/30/2016 11:27:18 PM

Then you get the ein number off the government website and you go open a bank
account and an email address as well


**Local User <59158-3-14.E01>**                3/30/2016 11:27:37 PM

Once you have all of that you can finally open your Amazon account


**+1208573**                3/30/2016 11:27:56 PM

Ok no problem got it all


**Local User <59158-3-14.E01>**                3/30/2016 11:28:21 PM

Oh and you will need a phone number that has never been used on Amazon and you
will need the debit card from the bank


**Local User <59158-3-14.E01>**                3/30/2016 11:28:51 PM

Sounds good?


**+1208573**                3/30/2016 11:30:26 PM

Yep, what are some products I can begin with? I have a bunch of stuff from china that
I bought wholesale, but i dont really know what sells


**Local User <59158-3-14.E01>**                3/30/2016 11:33:36 PM

I dunno we just sell phones and batteries

BABICHENKO-336757-005

BABICHENKO-336757-005

**+1208573**                      3/30/2016 11:35:24 PM

Hahah ok

**+1208573**                      3/31/2016 12:23:31 AM

Would I be able to do a personal account, and if i do it what are the downsides?

**Local User <59158-3-14.E01>**        3/31/2016 12:30:56 AM

Well you can't use your name anymore or you social security

**Local User <59158-3-14.E01>**        3/31/2016 12:31:04 AM

So I don't think you can

BABICHENKO-336757-006

BABICHENKO-336757-006