CRIMINAL PROCEEDINGS - **Sentencing**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF IDAHO

Judge B. Lynn Winmill          Date: March 23, 2023
Case No. 1:18-cr-258-BLW-9   Deputy Clerk: Kim Tudela
Place: Courtroom 3           Reporter: Tammy Hohenleitner
Time: 1:36 – 2:26

UNITED STATES OF AMERICA vs. MIKHAIL IYERUSALIMETS

Counsel for United States – Kate Horwitz and Christian Nafzger
Counsel for Defendant – Craig Durham and Ellen Smith, CJA
Probation – Mike Cruser

- (☒) The Court reviewed the case history. A jury previously found the defendant guilty as to Counts 1-3, 11, 12, 20, 25, and 26 of the Superseding Indictment.
- (☒) Counsel made sentencing recommendations to the Court.
- (☒) The Court adopted the Presentence Report.
- (☒) The Court ruled on the objections to the Presentence Report, as stated on the record.
- (☒) Court addressed 3553(a) factors.

SENTENCE: Defendant is hereby committed to the custody of the Bureau of Prisons to be imprisoned for a term of 2 months on counts 1, 2, 3, 11, 12, 20, 25, and 26 per count, to be served concurrently.

The defendant shall pay to the United States a special assessment of $800 per count. The Court waived the fine.

While in custody, the defendant shall submit nominal payments of not less than $25 per quarter pursuant to the Bureau of Prisons' Inmate Financial Responsibility Program.

During the term of supervised release, the defendant shall submit nominal monthly payments of 10% of gross income, but not less than $25 per month, unless further modified by the Court.

Upon release from imprisonment, the defendant shall be placed on home detention for 9 months under conditions stated on the record, followed by supervised release for a term of 3 years on counts 1-3, 11, 12, 20, 25, and 26 to be served concurrently. Within 72 hours of release from the custody of the Bureau of Prisons, the

defendant shall report in person to the probation office in the district to which the defendant is released.

(☒) The Court ordered restitution, however a proceeding on the amount is deferred to a later date.

(☒) Defendant advised of penalties for violation of terms and conditions of supervised release.

(☒) Right to appeal explained.

(☒) A Final Order of Forfeiture forthcoming.

(☒) The Court deferred the issue of repayment of attorney fees.

(☒) The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons as notified by the Probation or Pretrial Services Office. The defendant is advised it is a separate criminal offense subject to a consecutive sentence to fail to surrender as ordered by the Court.

(☒) The Court recommends that the defendant be credited with all time served in federal custody, and that the defendant be placed at the minimum-security satellite camp in Sheridan, Oregon.