Ellen Nichole Horras Smith
SMITH HORRAS, PA
5561 N. Glenwood St.
Boise, ID 83714
208 697 5555
F: 1-800-881-6219
ellen@smithhorras.com

Craig H. Durham
FERGUSON DURHAM, PLLC
223 N. 6th Street, Suite 325
Boise, Idaho 83702
208-724-2617
F: 208-906-8663
chd@fergusondurham.com

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>PAVEL BABICHENKO, PIOTR BABICHENKO, TIMOFEY BABICHENKO, DAVID BIBIKOV, and MIKHAIL IYERUSALIMETS,<br><br>Defendants. | Case No. 1:18-CR-00258-BLW-9<br><br>**MIKHAIL IYERUSALIMETS' NOTICE OF APPEAL** |

Notice is hereby given that Defendant Mikhail Iyerusalimets appeals to the United States Court of Appeals for the Ninth Circuit from the District Court's Judgment (Dkt. 1804) entered in this action on the 23rd day of March, 2023.

Dated this 31st day of March, 2023.

/s/ Craig H. Durham
Attorney for Defendant

**CERTIFICATE OF SERVICE**

I hereby certify that on March 31, 2023 I filed the foregoing electronically through the CM/ECF system, which caused the parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

Katherine L. Horwitz
Christian S. Nafzger
Joshua D. Hurwit
Justin D. Whatcott
Assistant United States Attorneys
Office of the United States Attorney
1290 West Myrtle Street, Suite 500
Boise, ID 83702
Kate.Horwitz@usdoj.gov
Christian.Nafzger@usdoj.gov
Joshua.hurwit@usdoj.gov
Justin.whatcott@usdoj.gov

John DeFranco
1031 E. Park Blvd.
Boise, ID 83712
jcd@greyhawklaw.com\

Barry Flegenheimer
119 First Ave. S., Ste. 500
Seattle, WA 98155
barrylfp@gmail.com
*Attorneys for Pavel Babichenko*

Paul E. Riggins
380 South 4th Street, Ste. 104
Boise, ID 83702
rigginslaw@gmail.com

Mike French
BARTLETT & FRENCH PLLP
1002 W. Franklin St.
Boise, Idaho 83702
mike@bartlettfrench.com
*Attorneys for Piotr Babichenko*

Rob S. Lewis
913 W. River Street, Ste. 430
Boise, ID 83702
office@roblewislaw.com

Greg S. Silvey
P.O. Box 5501
Boise, ID 83705
greg@idahoappeals.com
*Attorneys for Timofey Babichenko*

Robyn A. Fyffe
P.O. Box 5681
Boise, ID 83705
robyn@fyffelaw.com

Brian Pugh
Assistant Federal Public Defender
Las Vegas, Nevada
Brian_Pugh@fd.org
*Attorneys for David Bibikov*

/s/Craig H. Durham