# UNITED STATES DISTRICT COURT
## DISTRICT OF IDAHO
Transcript Designation and Ordering Form

U.S. Court of Appeals Case No. **23-549, 23-550, +**  U.S. District Court No. **1:18-cr-00258-BLW**

Short Case Title  **United States v. Babichenko, et al.**

Date Notice of Appeal Filed by Clerk of District Court  **3/31/2023**

**SECTION A** - To be completed by party ordering transcript

| HEARING DATE | COURT REPORTER | PROCEEDINGS (strike portion not desired) |
|---|---|---|
| **See supplement, attached** | | Voir Dire |
| | | Opening Statements |
| | | ~~Settlement Instructions~~ |
| | | ~~Closing Arguments~~ |
| | | ~~Jury Instructions~~ |
| | | Pre-Trial Proceedings |
| | | Other (please specify) |

(attach additional page for designations if necessary)

☐ I do not intend to designate any portion of the transcript and will notify all counsel of this intention.

☐ As retained counsel (or litigant proceeding in pro per), I request a copy of the transcript and guarantee payment to the reporter of the cost thereof upon demand. I further agree to pay for work done prior to cancellation of this order.

☒ As appointed counsel I certify that an appropriate order authorizing preparation of the Transcript at the expense of the United States has been, or within 5 days hereof will be obtained and delivered to the reporter. I agree to recommend payment for work done prior to cancellation of this order.

Date transcript ordered  **6/1/2023**   Estimated completion date  **July 10, 2023**

Signature of Attorney  **/s/ Maya Waldron**

Address:  **Waldron Legal, PLLC**
**PO Box 1316**
**Boise, ID 83701**

Phone Number  **2082440735**

e-mail:  **maya@waldronlegal.com**

**Section B** - To be completed by Court Reporter

I, _____ have received this designation.
   (Signature of Court Reporter)

(  ) Arrangements for payment were made on  _____
(  ) Arrangements for payment have not been made pursuant to FRAP 10(b).

Approximate Number of Pages in Transcript _____  Due Date _____

**Section C** - To be completed by Court Reporter
When the transcript is filed, complete and submit to the U.S. District Court with the completed transcript. District Court will not file the transcript without this completed form.

Date Transcript Filed _____  Court Reporter's Signature_____

**Section D**

U.S. DISTRICT COURT CLERK: I certify that the record is available in the office of the U.S. District Court.

By: _____
   (U.S. District Court Clerk)            (date)            (Deputy Clerk)

This is the **CERTIFICATE OF RECORD.** A copy should be transmitted to the Court of Appeals by the District Clerk when the transcript is filed and the record is complete in the District Court.

Maya P. Waldron
Waldron Legal, PLLC
P.O. Box 1316
Boise, ID 83701
208-244-0735
maya@waldronlegal.com

*Attorney for Defendant-Appellant*
*Pavel Babichenko*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>PAVEL BABICHENKO,<br>PIOTR BABICHENKO,<br>TIMOFEY BABICHENKO,<br>DAVID BIBIKOV,<br>MIKHAIL IYERUSALIMETS,<br><br>Defendants. | Case No. CR-18-00258-BLW<br><br>Ninth Circuit Case Nos. 23-549, 23-550, 23-558, 23-559, 23-561<br><br>Defendants' Supplement to Transcript Designation and Ordering Form |

The Defendants[1] request transcripts of the following hearings for use on appeal:

- 2/27/2020 – Dkt. 397 – Status Conference (ESR Jamie Gearhart).

- 11/10/2020 – Dkt. 699 – Ex Parte Motion (ESR Tammy Hohenleitner).

- 5/18/2022 – Dkt. 1470 – SEALED Jury Selection Day 1 (Tammy Hohenleitner).

---

[1] This transcript ordering form and supplement is filed on behalf of Paul Babichenko, Piotr Babichenko, Timofey Babichenko, Mikhail Iyerusalimets, and David Bibikov.

1

- 5/18/2022 – Dkt. 1471 – Jury Trial Day 1 (Tammy Hohenleitner).

- 5/19/2022 – Dkt. 1473 – SEALED Jury Selection Day 2 (ERS Tammy Hohenleitner).

- 5/19/2022 – Dkt. 1474 – Jury Trial Day 2 (Tammy Hohenleitner).

- 5/20/2022 – Dkt. 1479 – SEALED Jury Selection Day 3 (Tammy Hohenleitner).

- 5/20/2022 – Dkt. 1480 – Jury Trial Day 3 (Tammy Hohenleitner).

- 9/16/2022 – Dkt. 1640 – Status Conference (Tammy Hohenleitner).

- 1/18/2023 – Dkt. 1676 – Motion for Forfeiture (Tammy Hohenleitner).

- 1/30/2023 – Dkt. 1688 – Status Conference (ESR Kim Tudela).

Date:   June 1, 2023

                                            */s/ Maya P. Waldron*
                                            Maya P. Waldron
                                            *Attorney for Defendant-Appellant*
                                            *Pavel Babichenko*