# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF IDAHO
# DISTRICT COURT

RESTITUTION HEARING:

| | |
|---|---|
| District Judge: B. Lynn Winmill | Date: June 14, 2023 |
| Deputy Clerk: Jamie Gearhart | Location: Boise |
| Reporter: Brooke Bohr | Time:  1:36 – 3:06 p.m. |
| |            3:18 – 4:04 p.m. |
| | Total time: 2 hours and 16 minutes |

## UNITED STATES OF AMERICA v. PAVEL BABICHENKO, et al
Case Number: 1:18-cr-258-BLW

Counsel for Government: Kate Horwitz and Christian Nafzger
Counsel for Defendant Pavel Babichenko: John DeFranco and Barry Flegenheimer
Counsel for Defendant Piotr Babichenko: Mike French and Paul Riggins
Counsel for Defendant Timofey Babichenko: Rob Lewis and Greg Silvey
Counsel for Defendant David Bibikov: Robyn Fyffe and Brian Pugh
Counsel for Defendant Mikhail Iyerusalimets: Craig Durham and Ellen Smith
Counsel for Defendant Artur Pupko: Tom Dominick

A restitution hearing was conducted on June 14, 2023.

WITNESSES
  Government:
   1. Mark Rollins
   2. Sean Peter Diaz
   3. Thomas Ryan Covington

EXHIBITS
  Defendants: 1

The Court deemed the matter under advisement.

Supplemental briefing is due by June 23, 2023 and shall not exceed 10 pages.