UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>PAVEL BABICHENKO,<br>PIOTR BABICHENKO,<br>TIMOFEY BABICHENKO,<br>DAVID BIBIKOV, and<br>MIKHAIL IYERUSALIMETS<br><br>Defendants. | Case No. 1:18-cr-00258-BLW<br><br>**MEMORANDUM DECISION & ORDER** |

## INTRODUCTION

Following a jury trial, Defendants Pavel, Piotr, and Timofey Babichenko, David Bibikov, and Mikhail Iyerusaliments were convicted of conspiring to commit wire fraud and traffic in counterfeit goods. All defendants but Piotr Babichenko were also convicted of discrete acts of wire fraud, mail fraud, and trafficking in counterfeit goods. The Court sentenced the defendants in March 2023, and the Bureau of Prisons provided self-surrender dates shortly thereafter. Each defendant, however, has filed a notice of appeal as well as a motion for release pending appeal. For the reasons explained below, the Court will grant the unopposed motions for release pending appeal.

## DISCUSSION

Defendants have correctly identified the governing legal standard in their motions, and the Court finds that each defendant has satisfied the governing three-part test. That is, for the reasons explained in the motions, each defendant has shown that: (1) he is not a flight risk nor does he present a danger to the community; (2) he is not pursuing an appeal for the purposes of delay; and (3) his appeal will raise a substantial question of law or fact, which, if resolved in his favor, is likely to result in a new trial. Accordingly, the Court will grant the unopposed motions and order the defendants released pending appeal

## ORDER

**IT IS ORDERED that** the Motions for Release Pending Appeal filed by Pavel Babichenko, Piotr Babichenko, Timofey Babichenko, David Bibikov, and Mikhail Iyerusalimets (Dkts. 1803, 1808, 1811, 1812, 1816) are **GRANTED.** Accordingly, **IT IS ORDERED THAT each defendant's obligation to surrender to the Bureau of Prisons is STAYED WHILE HIS APPEAL IS PENDING.**

DATED: July 13, 2023

B. Lynn Winmill
U.S. District Court Judge